# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., WEIFANG FREESKY AVIATION, TECHNOLOGY CO., LTD AND SUPERIOR AVIATION BEIJING CO., LTD. | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. _____ |
| v. | § § | |
| BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, AND THIELERT AIRCRAFT ENGINES GMBH, | § § § § § § | |
| Defendants, | § § | |
| VS. | § § | |
| TECHNIFY MOTORS GMBH, | § § § | |
| Intervenor. | § | |

## INDEX OF DOCUMENTS

EXHIBIT A   Index of Documents

EXHIBIT B   Certified copy of State Court Docket Sheet

EXHIBIT C   Documents from State Court Action

    Exhibit C(1)   Original Petition                              August 21, 201

    Exhibit C(2)   Case Filing Cover Sheet                  August 21, 2014

    Exhibit C(3)   Petition in Intervention                      September 19, 2014

    Exhibit C(4)   Defendants' Original Answer             September 22, 2014

PAGE 1

Exhibit C(5)   Defendant's First Amended Answer       September 25, 2014

EXHIBIT D   Notice of Filing of Notice of Removal (filed September 26, 2014)

EXHIBIT E   Certificate of Interested Persons

Dated:      September 26, 2014

                          Respectfully submitted,

                          /s/ *Craig F. Simon*
                        Craig F. Simon, Esq.
                        State Bar No. 00784968
                        Daniel P. Winikka, Esq.
                        State Bar No. 00794873
                        Matthew W. Ray, Esq.
                        State Bar No. 00788248
                        SIMON, RAY & WINIKKA LLP
                        2525 McKinnon Street, Suite 540
                        Dallas, TX  75201
                        Telephone:  (214) 871-2292
                        Facsimile:   (469) 759-1699

                        *Counsel for Dr. Bruno Kübler, in his Capacity as Insolvency Administrator of Thielert Aircraft Engines GmbH*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of September, 2014, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system and first class U.S. Mail.

Counsel for Plaintiffs:

Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270

Counsel for Intervenor:

Ross Cunningham
ROSE WALKER LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219

Will Skinner
SKINNER LAW GROUP
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367

/s/ Craig F. Simon
Craig F. Simon