# EXHIBIT B

GARY FITZSIMMONS, DISTRICT CLERK
# CASE SUMMARY
## CASE NO. DC-14-09151

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., et al<br>vs.<br>BRUNO K BLER, et al | § § § § | Location: **191st District Court**<br>Judicial Officer: **SLAUGHTER, GENA**<br>Filed on: **08/21/2014** |

### CASE INFORMATION

Case Type: **CNTR CNSMR COM DEBT**

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| PLAINTIFF | SUPERIOR AIR PARTS, INC. | ALEXANDER, JERRY CLEMET<br>*Retained*<br>214-742-2121(W) |
| | SUPERIOR AVIATION BEIJING CO., LTD. | ALEXANDER, JERRY CLEMET<br>*Retained*<br>214-742-2121(W) |
| | WEIFANG FREESKY AVIATION TECHNOLOGY CO., LTD. | ALEXANDER, JERRY CLEMET<br>*Retained*<br>214-742-2121(W) |
| DEFENDANT | K BLER, BRUNO | SIMON, CRAIG FORREST<br>*Retained*<br>214-871-2292(W) |
| | THIELERT AIRCRAFT ENGINES GMBH | SIMON, CRAIG FORREST<br>*Retained*<br>214-871-2292(W) |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/21/2014 | NEW CASE FILED (OCA) - CIVIL | |
| 08/21/2014 | 📄 ORIGINAL PETITION<br>*PLAINTIFFS' ORIGINAL PETITION* | |
| 08/21/2014 | 📄 CASE FILING COVER SHEET<br>*CIVIL CASE INFORMATION SHEET* | |
| 08/21/2014 | ISSUE CITATION COMM OF INS OR SOS | |
| 08/22/2014 | JURY DEMAND | |
| 08/26/2014 | **CITATION SOS/COI/COH/HAG**<br>K BLER, BRUNO<br>Unserved<br>THIELERT AIRCRAFT ENGINES GMBH<br>Unserved | |
| 09/19/2014 | 📄 INTERVENTION<br>*PETITION IN INTERVENTION AND REQUEST FOR DECLARATORY JUDGMENT OF TECHNIFY MOTORS GMBH* | |
| 09/22/2014 | 📄 ORIGINAL ANSWER - GENERAL DENIAL<br>*Defendants' Original Answer* | |

# CASE SUMMARY
## CASE NO. DC-14-09151

| DATE | | FINANCIAL INFORMATION | |
|---|---|---|---|
| 09/25/2014 | AMENDED ANSWER - AMENDED GENERAL DENIAL 1ST | | |

| | | |
|---|---|---|
| **INTERVENOR** TECHNIFY MOTORS GMBH | | |
| Total Charges | | 55.00 |
| Total Payments and Credits | | 55.00 |
| **Balance Due as of 9/25/2014** | | **0.00** |
| Charge | INTERVENOR TECHNIFY MOTORS GMBH | 55.00 |
| CREDIT CARD - Receipt # 55561-2014-DCLK TEXFILE (DC) | INTERVENOR TECHNIFY MOTORS GMBH | (55.00) |
| **PLAINTIFF** SUPERIOR AIR PARTS, INC. | | |
| Total Charges | | 331.00 |
| Total Payments and Credits | | 331.00 |
| **Balance Due as of 9/25/2014** | | **0.00** |
| Charge | PLAINTIFF SUPERIOR AIR PARTS, INC. | 331.00 |
| CREDIT CARD - Receipt # 48625-2014-DCLK TEXFILE (DC) | PLAINTIFF SUPERIOR AIR PARTS, INC. | (331.00) |

STATE OF TEXAS }
COUNTY OF DALLAS }

I, GARY FITZSIMMONS, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears of record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 25 day of September A.D., 2014.

GARY FITZSIMMONS, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By_____ Deputy