# EXHIBIT D

CAUSE NO. DC-14-09151

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., WEIFANG FREESKY AVIATION, TECHNOLOGY CO., LTD AND SUPERIOR AVIATION BEIJING CO., LTD. | § § § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| | § | OF DALLAS COUNTY, TEXAS |
| v. | § § | |
| BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, AND THIELERT AIRCRAFT ENGINES GMBH, | § § § § § § | 191st JUDICIAL DISTRICT |
| Defendants. | § § § | |

vs.

TECHNIFY MOTORS GMBH,

Intervenor.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendants Bruno Kübler, in his capacity as Insolvency Administrator of Thielert Aircraft Engines GMBH (the "Insolvency Administrator"), and Thielert Aircraft Engines GmbH ("TAE") have filed a Notice of Removal with the United States District Court for the Northern District of Texas. A copy of the Notice of Removal is attached as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), this effects the removal of this case, and the state court shall proceed no further unless and until the case is remanded.

Dated:        September 26, 2014

Notice of Filing Notice of Removal  - Page 1

Respectfully submitted,

_/s/ Craig F. Simon_
Craig F. Simon, Esq.
State Bar No. 00784968
Matthew W. Ray
State Bar No. 00788248
SIMON, RAY & WINIKKA LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Telephone: (214) 871-2292
Facsimile: (469) 759-1699

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26nd day of September, 2014, a true and correct copy of the foregoing document has been served on all parties listed below in accordance with the Texas Rules of Civil Procedure.

Counsel for Plaintiffs:

Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270

Counsel for Intervenor:

Ross Cunningham
Rose Walker LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219

Will S. Skinner
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367

*/s/ Craig F. Simon*
Craig F. Simon