## United States District Court
## Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 191st Judicial District, Dallas County, Texas | DC-14-09151 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Superior Air Parts, Inc.          (Plaintiff)<br>Weifang Freesky Aviation,<br>        Technology Co., LTD (Plaintiff)<br>Superior Aviation Beijing Co., LTD. (Plaintiff) | Counsel for all Plaintiffs:<br><br>Jerry C. Alexander<br>Texas Bar No. 00993500<br>James F. Adams<br>Texas Bar No. 00863450<br>Christopher A. Robison<br>Texas Bar No. 24035720<br>Passman & Jones<br>1201 Elm Street, Suite 2500<br>Dallas, Texas  75270<br>Ph. 214-742-2121 |

Brüno Kübler, in His Capacity as
    Insolvency Administrator
    Of Thielert Aircraft Engines
    GMBH       (Defendant)
Thielert Aircraft Engines GMBH (Defendant)

Counsel for all Defendants:

Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
Matthew W. Ray
State Bar No. 00788284
Simon, Ray & Winikka LLP
2525 McKinnon, Suite 540
Dallas, Texas  75201
Ph. 214-871-2292

Technify Motors GMBH    (Intervenor)

Counsel for Intervenor:

Ross Cunningham
State Bar No. 24007062
Rose Walker LLP
3500 Maple Ave., Ste. 900
Dallas, Texas  75219
Ph. 214-752-8600

Will Skinner
Skinner Law Group
21600 Oxnard Street, Suite 1760
Woodland Hills, CA  91367
Ph. 818-710-7708

3.    **Jury Demand:**

Was a Jury Demand made in State Court?    ☒ Yes ☐ No

If "*Yes,*" by which party and on what date?

Plaintiffs in the Petition_____
Party

August 21, 2014_____
Date

4.    **Answer:**

Was an Answer made in State Court?    ☒ Yes ☐ No

If "*Yes,*" by which party and on what date?

Defendants_____
Party

September 22, 2014___
Date

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

**Party**                                    **Reason(s) for No Service**

None

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

**Party**                                    **Reason**

Not applicable

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

**Party**                                    **Claim(s)**

Plaintiff Superior Air Parts, Inc.           Misappropriation of Trade Secrets, Breach of Contract, Breach of Fiduciary Duty, Conversion, Unfair Competition, Texas Theft Liability Act, Unjust Enrichment, Promissory Estoppel

Plaintiffs Weifang Freesky Aviation,         Statutory Fraud
Technology Co., LTD and
Superior Aviation Beijing Co., LTD.

Technify Motors GMBH                          Request for Declaratory Judgment, Contract Damages