IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC.,<br>WEIFANG FREESKY AVIATION,<br>TECHNOLOGY CO., LTD AND<br>SUPERIOR AVIATION BEIJING CO.,<br>LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BRUNO KÜBLER, IN HIS CAPACITY AS<br>INSOLVENCY ADMINISTRATOR OF<br>THIELERT AIRCRAFT ENGINES<br>GMBH, AND THIELERT AIRCRAFT<br>ENGINES GMBH,<br><br>Defendants,<br><br>VS.<br><br>TECHNIFY MOTORS GMBH,<br><br>Intervenor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-CV-3492 |

CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), 81.1(a)(4)(D), Defendants Bruno Kübler,

in his capacity as Insolvency Administrator of Thielert Aircraft Engines GMBH (the "Insolvency

Administrator" or "Kübler") and Thielert Aircraft Engines GMBH ("TAE") provide the

following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any

publicly held corporation that owns 10% or more of its stock (if none, state "None"):

The parent of Defendant Thielert Aircraft Engines GMBH is Thielert AG.

PAGE 1

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1)   Superior Air Parts, Inc.
2)   Weifang FreeSky Aviation, Technology Co., Ltd.
3)   Superior Aviation Beijing Co., Ltd.
4)   Bruno Kübler, in His Capacity as Insolvency Administrator of Thielert Aircraft Engines GMBH
5)   Thielert Aircraft Engines GMBH
6)   Technify Motors GMBH

Although Defendants contend that Plaintiffs Weifang FreeSky Aviation, Technology Co., Ltd., Superior Aviation Beijing Co., Ltd., and Intervenor Technify Motors GMBH are improperly joined, misjoined and/or are nominal parties and thus do not have a legitimate interest in this case, out of an excess of caution and for the Court's consideration, Defendants have listed those parties here.

Dated:      September 26, 2014

Respectfully submitted,

/s/ Craig F. Simon
Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
Matthew W. Ray, Esq.
State Bar No. 00788248
SIMON, RAY & WINIKKA LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Telephone: (214) 871-2292
Facsimile: (469) 759-1699

**Counsel for Defendants**

PAGE 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of September, 2014, a true and correct copy of the foregoing document has been served on the parties listed below and via the manner provided below.

Counsel for Plaintiffs:

Via Hand Delivery:
Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270

Counsel for Intervenor:

Via Hand Delivery:
Ross Cunningham
Rose Walker LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219

Via First Class U.S. Mail
Will Skinner
Skinner Law Group
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367

/s/ Craig F. Simon
Craig F. Simon