IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:14-CV-3492-D |
| v. | § | |
| | § | |
| BRUNO KUBLER, IN HIS CAPACITY | § | |
| AS INSOLVENCY ADMINISTRATOR | § | |
| OF THIELERT AIRCRAFT ENGINES | § | |
| GMBH, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| TECHNIFY MOTORS GMBH | § | |
| | § | |
| Intervenor. | § | |

**NOTICE OF APPEARACE OF THOMAS C. WRIGHT**
**ON BEHALF OF INTERVENOR TECHNIFY MOTORS GMBH**

Intervenor Technify Motors GMBH hereby notifies the Court and all parties of record that Thomas C. Wright of the firm Rose Walker L.L.P. has entered this action as additional counsel to be noticed on its behalf. In connection with this Notice, Mr. Wright requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him via ECF (the court's electronic case filing system) at his email address. Mr. Wright's contact information is provided below:

Thomas C. Wright
Rose Walker L.L.P.
3500 Maple Avenue, Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Fax: (214) 752-8700
Email twright@rosewalker.com

Dated: October 10, 2014.                  Respectfully submitted,

                                          */s/ Thomas C. Wright*
                                          Ross Cunningham
                                          Texas Bar No. 24007062
                                          Thomas C. Wright
                                          Texas Bar No. 24028146
                                          Alex J. Whitman
                                          Texas Bar No. 24081210
                                          Rose Walker, LLP
                                          3500 Maple Avenue, Suite 900
                                          Dallas, Texas 75219
                                          214.752.8600 (Main)
                                          214.752.8700 (Facsimile)
                                          rcunningham@rosewalker.com
                                          twright@rosewalker.com
                                          awhitman@rosewalker.com

                                          ATTORNEYS FOR INTERVENOR TECHNIFY
                                          MOTORS GMBH

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5 on October 10, 2014.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

                                          */s/ Thomas C. Wright*
                                          Thomas C. Wright