IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:14-CV-3492-D |
| v. | § § | |
| BRUNO KUBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, et al., | § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| TECHNIFY MOTORS GMBH | § § | |
| Intervenor. | § | |

**NOTICE OF APPEARACE OF ALEX J. WHITMAN
ON BEHALF OF INTERVENOR TECHNIFY MOTORS GMBH**

Intervenor Technify Motors GMBH hereby notifies the Court and all parties of record that Alex J. Whitman of the firm Rose Walker L.L.P. has entered this action as additional counsel to be noticed on its behalf. In connection with this Notice, Mr. Whitman requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him via ECF (the court's electronic case filing system) at his email address. Mr. Whitman's contact information is provided below:

Alex J. Whitman
Rose Walker L.L.P.
3500 Maple Avenue, Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Fax: (214) 752-8700
Email awhitman@rosewalker.com

1

Dated: October 10, 2014.                    Respectfully submitted,

                                                        */s/ Alex J. Whitman*
                                                        Ross Cunningham
                                                        Texas Bar No. 24007062
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
Rose Walker, LLP
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
214.752.8600 (Main)
214.752.8700 (Facsimile)
rcunningham@rosewalker.com
twright@rosewalker.com
awhitman@rosewalker.com

ATTORNEYS FOR INTERVENOR TECHNIFY MOTORS GMBH

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5 on October 10, 2014. As such, this document was served on all counsel who are deemed to have consented to electronic service.

                                                        */s/ Alex J. Whitman*
                                                        Alex J. Whitman