IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., WEIFANG FREESKY AVIATION, TECHNOLOGY CO., LTD AND SUPERIOR AVIATION BEIJING CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, AND THIELERT AIRCRAFT ENGINES GMBH,<br><br>Defendants,<br><br>VS.<br><br>TECHNIFY MOTORS GMBH,<br><br>Intervenor. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:14-cv-03492 |

## ORDER

This matter came before the Court on the Motion To Dismiss and Objection to Intervenor's Claims (the "Motion"), filed by Dr. Bruno Kübler, in his capacity as insolvency administrator (the "Insolvency Administrator") of Thielert Aircraft Engines GmbH ("TAE") and TAE pursuant to Fed. R. Civ. P. 12(b)(1) and 24. Upon due consideration of the papers and the arguments of the parties, the Court finds that the Intervenor, Technify Motors GmbH does not have standing to assert its declaratory judgment claim and that its damages claim is not ripe for determination. The Court

further finds that the Intervenor has failed to comply with the requirements for intervention of right or permissive intervention under Rule 24.

Accordingly, the Motion is hereby GRANTED. The claims of the Intervenor are hereby DISMISSED without prejudice.

SO ORDERED.

Dated this _____ day of _____, 2014.

_____
United States District Judge