IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC., et al., § | |
| § | |
| Plaintiffs, § | |
| § | Case No. 3:14-cv-3492-D |
| v. § | |
| § | |
| BRUNO KÜBLER, IN HIS CAPACITY § | |
| AS INSOLVENCY ADMINISTRATOR § | |
| OF THIELERT AIRCRAFT ENGINES § | |
| GMBH, et al., § | |
| § | |
| Defendants, § | |
| § | |
| v. § | |
| § | |
| TECHNIFY MOTORS GMBH, § | |
| § | |
| Intervenor. § | |

APPENDIX IN SUPPORT OF BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION TO DISMISS, OR ALTERNATIVE RESPONSE,
TO TECHNIFY MOTORS GMBH'S PETITION IN INTERVENTION

Respectfully submitted,

*/s/ Christopher A. Robison*
Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone:  214-742-2121
Fax:  214-748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## **CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that on October 10, 2014, pursuant to the Federal Rules of Civil Procedure, the foregoing instrument was served on counsel of record via ECF/PACER.

                                                    */s/ Jerry C. Alexander*
                                                   Jerry C. Alexander

## TABLE OF CONTENTS

| DESCRIPTION | APPENDIX PAGE RANGE |
| --- | --- |
| Supplier Agreement | APPX_0001-APPX_0015 |
| Exemplar Superior Air Parts, Inc. Purchase Order to TAE | APPX_0016-APPX_0017 |
| Demand letter from Superior Air Parts, Inc. dated April 24, 2013 | APPX_0018-APPX_0027 |
| Letter from Daniel P. Winikka dated June 3, 2013 | APPX_0028-APPX_0029 |