Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
P:  (214) 742-2121
F:  (214) 748-7949

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **SUPERIOR AIR PARTS, INC., et al.,** § § § | |
| **Plaintiffs,** § § | |
| v. § § | Case No. 3:14-cv-3492-D |
| **BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, et al.,** § § § § § § | |
| **Defendants,** § | |
| v. § § | |
| **TECHNIFY MOTORS GMBH,** § § § | |
| **Intervenor.** § | |

### APPENDIX IN SUPPORT OF SUPERIOR AIR PARTS, INC.'S BRIEF IN SUPPORT OF MOTION TO REMAND, <u>AND ALTERNATIVE MOTION TO ABSTAIN</u>

Plaintiffs file the attached Appendix in Support of their Brief in Support of its Motion to

Remand, and Alternative Motion to Abstain.

        Respectfully submitted,

        */s/ Jerry C. Alexander*
        Jerry C. Alexander
        Texas Bar No. 00993500
        James F. Adams
        Texas Bar No. 00863450
        Christopher A. Robison
        Texas Bar No. 24035720
        Passman & Jones
        1201 Elm Street, Suite 2500
        Dallas, TX  75270-2599
        Phone:  214-742-2121
        Fax:  214-748-7949
        COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2014, a true and correct copy of the foregoing was served on counsel for all other parties via ECF/PACER.

        */s/ Jerry C. Alexander*
        Jerry C. Alexander

## TABLE OF CONTENTS

| DESCRIPTION | APPENDIX PAGE RANGE |
| --- | --- |
| Supplier Agreement | APPX_0001 - APPX_0019 |
| Letter from counsel for TAE to Superior dated June 3, 2013 | APPX_0020 - APPX_0021 |
| Plaintiff's Original Petition, Case No. DC-14-09151, *Superior Air Parts, Inc., Weifang Freesky Aviation, Technology Co., Ltd and Superior Aviation Beijing Co., Ltd. vs. Bruno Kübler, in His Capacity as Insolvency Administrator of Thielert Aircraft Engines GmbH, and Thielert Aircraft Engines GmbH* | APPX_0022 - APPX_0054 |
| Order Approving Bid Procedures for Sale of Equity Pursuant to Plan of Reorganization, Case No. 08-36705, *In Re: Superior Air Parts, Inc., Debtor* | APPX_0055 - APPX_0066 |
| Third Amended Plan of Reorganization of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors, Case No. 08-36705, *In Re: Superior Air Parts, Inc., Debtor* | APPX_0067 - APPX_0111 |