# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SUPERIOR AIR PARTS, INC., et al.,
Plaintiff

v.

3:14-CV-3492-D
Civil Action No.

BRUNO KUBLER, IN HIS CAPACITY AS IN
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, TECHNIFY MOTORS GMBH

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*
Parent Corporation:
Continental Motors Group Ltd.

Publicly Held Corporations owning 10% or more of its stock:
None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*
Superior Air Parts, Inc.,
Weifang Freesky Aviation Tehnology Co., Ltd.,
Superior Aviation Beijing Co., Ltd.,
Bruno Kubler,
Thielert Aircraft Engines GmbH,
Technify Motors GmbH

Date: _____

Signature: _____

Print Name: _____

Bar Number: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Fax: _____

E-Mail: _____

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5 on October 27, 2014.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

                                          */s/ Ross Cunningham*
                                          Ross Cunningham