IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUPERIOR AIR PARTS, INC., et al.,** | § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 3:14-cv-3492-D |
| **BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, et al.,** | § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| **TECHNIFY MOTORS GMBH,** | § § | |
| Intervenor. | § | |

## JOINT SCHEDULING PROPOSAL

COME NOW Superior Air Parts, Inc., Weifang Freesky Aviation Technology Co., Ltd., Superior Aviation Beijing Co., Ltd., Bruno Kübler, in his capacity as Insolvency Administrator of Thielert Aircraft Engines GmbH, Thielert Aircraft Engines GmbH, and Technify Motors GmbH and submit the following Joint Scheduling Proposal.

### I.   RULE 26(f) CONFERENCE

The parties held a face to face conference on October 23, 2014.

### II.   DISCOVERY PLAN

A.   <u>Protective Order.</u>   The parties conferred and agreed to submit an Agreed Protective Order.

B.   <u>Initial Disclosures.</u>   The parties agreed to exchange Initial Disclosures on December 12, 2014.

  C. <u>Deadline to Join Other Parties</u>.  The parties propose a deadline to join other parties of April 17, 2015.

  D. <u>Deadline to Amend Pleadings</u>.  The parties propose a deadline to amend pleadings of June 1, 2015.  Any responsive pleadings thereto shall be filed within 21 days of the amended pleading.

  E. <u>Fact Discovery Deadline.</u>  The parties propose a fact discovery deadline of September 4, 2015.  Plaintiffs also propose that any additional fact discovery necessitated by a party's designation of an expert witness shall be completed on or before December 18, 2015.  Defendants and Intervenor do not believe that such an extension of the fact discovery deadline is necessary and that Paragraph G below adequately provides the parties with time to conduct any necessary expert discovery.

  F. <u>Motions for Summary Judgment</u>.  The parties propose a summary judgment deadline the earlier of November 13, 2015 or ninety (90) days before trial.

  G. <u>Expert Witnesses.</u>  The parties propose the party having the burden of proof on an issue or claim shall designate and serve the report required by Fed. R. Civ. P. 26(a)(2)(B) on or before October 2, 2015.  The party not having the burden of proof of an issue or claim shall designate and serve any responsive expert report on or before November 6, 2015.  Rebuttal experts shall be designated, and reports shall be served, on or before November 27, 2015.  The parties propose expert discovery be completed on or before December 18, 2015.

  H. <u>*Daubert* Motions.</u>  Any *Daubert* motions shall be filed no later than <u>thirty (30) days before trial</u>.

  I. <u>Motions in Limine.</u>  The parties propose motions in limine be filed thirty (30) days before trial.

J. <u>Witness and Exhibit Lists.</u>  All parties shall file witness and exhibit lists thirty (30) days before trial.  Any objections thereto shall be filed fourteen (14) days before trial.

K. <u>Page/Line Designations.</u>  Page/line designations for designations of deposition testimony shall be filed thirty (30) days before trial.  Objections thereto and counter-designations shall be filed fourteen (14) days before trial.  Objections to counter-designations shall be filed seven (7) days before trial.

L. <u>Trial Date</u>.  The parties propose a trial setting in February, 2016.

## III. PARTIES' VIEWS AND PROPOSALS ON THE MATTERS LISTED IN RULE 26 (f)(3)(A)-(F)

A. <u>Changes to the timing, form, or requirement for disclosures.</u>  See Part II.B, above.

B. <u>Conduct of discovery</u>.  The parties to not believe discovery should be conducted in phases.

C. <u>Discovery of electronically stored information</u>.  The parties are currently unaware of any issues regarding discovery of electronically stored information.

D. <u>Claims of privilege</u>**.**  The parties are currently unaware of any issues regarding claims of privilege.  Procedure for asserting privilege will be governed by the Federal Rules.

E. <u>Changes to limitations on discovery</u>.  Other than the limits imposed by the Federal Rules and subject to review of the actual requests for discovery, the parties to not believe any limitations on discovery should be imposed other than those already imposed by the Federal Rules.

## IV. SETTLEMENT PROSPECTS AND MEDIATION

The parties discussed settlement during the face-to-face meeting and believe mediation with a private mediator will be beneficial.  Timing of the mediation has not yet been agreed upon.

V.  MAGISTRATE JUDGE REFERRAL

At this time, the parties do not consent to the trial of this case before a United States Magistrate Judge but may reconsider this issue at a later date.

Respectfully submitted,

**PASSMAN & JONES,**
  **A Professional Corporation**

*/s/ Jerry C. Alexander*
Jerry C. Alexander
State Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
State Bar No. 24035720
1201 Elm Street, Suite 2500
Dallas, TX  75270-2500
(214) 742-2121
(214) 748-7949 (Fax)
alexanderj@passmanjones.com
jimadams@passmanjones.com
robisonc@passmanjones.com

**ATTORNEYS FOR PLAINTIFFS**

**SIMON, RAY & WINIKKA LLP**

*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
Matthew W. Ray
Texas Bar No. 00788248
Daniel P. Winikka
Texas Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone:  (214) 871-2292
Fax:  (469) 759-1699

**COUNSEL FOR DR. KÜBLER,  IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH AND THIELERT AIRCRAFT ENGINES GMBH**

**ROSE WALKER LLP**

*/s/ Ross Cunningham*
Ross Cunningham
Texas Bar No. 24007062
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Phone:  (214) 752-8600
Fax:  (214) 752-8700

**COUNSEL FOR TECHNIFY MOTORS GMBH**