IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:14-CV-3492-D |
| v. | § | |
| | § | |
| BRUNO KUBLER, IN HIS CAPACITY | § | |
| AS INSOLVENCY ADMINISTRATOR | § | |
| OF THIELERT AIRCRAFT ENGINES | § | |
| GMBH, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| TECHNIFY MOTORS GMBH | § | |
| | § | |
| Intervenor. | § | |

**APPENDIX IN SUPPORT OF INTERVENOR TECHNIFY MOTORS GMBH'S
RESPONSE TO MOTIONS TO DISMISS**

Pursuant to the Local Rules of the Northern District of Texas, Intervenor Technify Motors

GmbH provides the following list of exhibits included in the Appendix in support of its Response

to Plaintiffs' and Defendants' Motions to Dismiss.

| EXHIBIT LETTER | DESCRIPTION | APP. CITATION |
|---|---|---|
| A | Closing Protocol | APP000001-45 |
| B | Letter from Superior to Continental of August 29, 2014 | APP000046-48 |

Dated: October 31, 2014.                Respectfully submitted,

                                        */s/ Ross Cunningham*
                                        Ross Cunningham
                                        Texas Bar No. 24007062
                                        Thomas C. Wright
                                        Texas Bar No. 24028146
                                        Alex J. Whitman
                                        Texas Bar No. 24081210
                                        Rose Walker, LLP
                                        3500 Maple Avenue, Suite 900
                                        Dallas, Texas 75219
                                        214.752.8600 (Main)
                                        214.752.8700 (Facsimile)
                                        rcunningham@rosewalker.com
                                        twright@rosewalker.com
                                        awhitman@rosewalker.com

                                        ATTORNEYS FOR INTERVENOR TECHNIFY
                                        MOTORS GMBH


                        **CERTIFICATE OF SERVICE**

        The undersigned certifies that a true and correct copy of the foregoing was served via
CM/ECF upon all counsel of record on October 31, 2014.


                                        */s/ Ross Cunningham*
                                        Ross Cunningham

# Exhibit "A"

APP000001

**Notarielle Vertretungsbescheinigungen nach § 21 Abs. 1 Nr. 1 BNotO**

**Notarial attestations of power of representation according to § 21 Abs. 1 Nr. 1 BNotO**

1. Aufgrund Einsicht in das jeweilige elektronische Handelsregister am 11. Januar 2013 bescheinige ich, dass die CENTURION Aircraft Engines AG & Co. KG im Handelsregister des Amtsgerichts Chemnitz — Registergericht — unter HRA 6542 eingetragen ist und Frau Luca Botica zur alleinigen Vertretung der CENTURION Aircraft Engines AG (Handelsregister des Amtsgerichts Dresden — Registergericht, HRB 27506) berechtigt ist und dass diese weiter zur alleinigen Vertretung der CENTURION Aircraft Engines AG & Co. KG berechtigt ist.

1. Upon inspection of the respective electronic Commercial Register on 11. January 2013 I certify that the CENTURION Aircraft Engines AG & Co. KG is registered with the Local Court of Chemnitz — Commercial Register — under HRA 6542 and that Mrs. Luca Botica is entitled to act alone as a legal representative of CENTURION Aircraft Engines AG (Local Court of Dresden — Commercial Register — under HRB 27506). The latter is entitled to act alone as a legal representative of CENTURION Aircraft Engines AG & Co. KG.

2. Aufgrund Einsicht in das elektronische Handelsregister am 07. Janurar 2013 bescheinige ich, dass die Technify Motors GmbH im Handelsregister des Amtsgerichts Berlin (Charlottenburg) — Registergericht — unter HRB 145698 B eingetragen ist und Herr Kenneth Robert Suda sowie Frau Shan Tian zur gemeinsamen Vertretung dieser Gesellschaft berechtigt sind.

2. Upon inspection of the electronic Commercial Register on 07. Januar 2013 I certify that the Technify Motors GmbH is registered with the Local Court of Berlin (Charlottenburg) — Commercial Register — under HRB 145698 B and that Mr. Kenneth Robert Suda and Mrs. Shan Tian are entitled to act together as this company's legal representative.

Dresden, 13. Januar 2013



Dr. Joachim Püls,
Notar/Notary

\\Srv-np\ProNotar\p32doc\2011\11300007\Vertretungsbescheinigungen_130113.doc

| | |
|---|---|
| **UR.Nr. 1991 P 2013** | **Deed Role no. 1991 P 2013** |

Verhandelt zu Dresden am 22. Juli 2013

Negotiated in Dresden on 22 July 2013

Vor mir, Notarassessorin Annika Schwenk, amtlich bestellte Vertreterin des Notars Dr. Joachim Püls mit dem Amtssitz in Dresden, mit der Geschäftsstelle in 01277 Dresden, Bärensteiner Straße 7

Before me, Junior Notary Annika Schwenk, deputy Notary of Notary Dr. Joachim Püls with office at 01277 Dresden, Bärensteiner Straße 7,

sind heute in den Kanzleiräumen von KÜBLER, Nieritzstraße 14, 01097 Dresden, wohin ich mich auf Wunsch begeben habe, erschienen:

appeared today in the office of KÜBLER, Nieritzstraße 14, 01097 Dresden, where I came to upon request:

1. Herr Rechtsanwalt **Dr. Bruno M. Kübler,**

   geschäftsansässig: Nieritzstraße 14, 01097 Dresden, Deutschland,

   hier handelnd in seiner Eigenschaft als Insolvenzverwalter über das Vermögen der

   **Thielert Aircraft Engines GmbH** mit dem Sitz in St. Egidien, Deutschland, geschäftsansässig Platanenstraße 14, 09356 St. Egidien, Deutschland, eingetragen im Handelsregister des Amtsgerichts Chemnitz unter HRB 16998;

1. Rechtsanwalt **Dr. Bruno M. Kübler,**

   with business seat Nieritzstrasse 14, 01097 Dresden, Germany,

   acting in his capacity as insolvency administrator over the estate of

   **Thielert Aircraft Engines GmbH** with its registered seat at St. Egidien, Germany, and business seat at Platanenstrasse 14, 09356 St. Egidien, Germany, registered with the commercial register of the local court of Chemnitz under HRB 16998;

2. Frau Diplom-Kauffrau **Luca Botica,**

   geschäftsansässig: Platanenstraße 14, 09356 St. Egidien, Deutsch-

2. Diplom-Kauffrau **Luca Botica,**

   with business seat Platanenstrasse 14, 09356 St. Egidien, Germany,

APP000003

land,

hier handelnd nicht im eigenen Namen, sondern in ihrer Eigenschaft als einzelvertretungsberechtigtes Vorstandsmitglied der

**CENTURION Aircraft Engines AG** mit dem Sitz in Dresden, Deutschland, geschäftsansässig Nieritzstraße 14, 01097 Dresden, Deutschland, eingetragen im Handelsregister des Amtsgerichts Dresden unter HRB 27506; diese wiederum handelnd als alleinige persönlich haftende Gesellschafterin der

**CENTURION Aircraft Engines AG & Co. KG** mit dem Sitz in St. Egidien, Deutschland, geschäftsansässig Platanenstraße 14, 09356 St. Egidien, Deutschland, eingetragen im Handelsregister des Amtsgerichts Chemnitz unter HRA 6542;

3.  Herr Rechtsanwalt Dr. Florian Becker,

geschäftsansässig: Brienner Straße 28, 80333 München, Deutschland,

hier handelnd nicht im eigenen Namen, sondern aufgrund einer rechtsgeschäftlichen Vollmacht, die im Original vorlag und von der die Notarvertreterin eine beglaubigte Kopie erstellte, für die

here not acting in her own name but in her capacity as management board member with sole power of representation of

**CENTURION Aircraft Engines AG** with its registered seat at Dresden, Germany, and business seat at Nieritzstrasse 14, 01097 Dresden, Germany, registered with the commercial register of the local court of Dresden under HRB 27506, which itself is acting in its capacity as sole general partner of

**CENTURION Aircraft Engines AG & Co. KG** with its registered seat at St. Egidien, Germany, and business seat at Platanenstrasse 14, 09356 St. Egidien, Germany, registered with the commercial register of the local court of Chemnitz under HRB 6542;

3.  Rechtsanwalt Dr. Florian Becker,

with business seat Brienner Strasse 28, 80333 Munich, Germany,

not acting in his own name but based on a power of attorney the original of which was presented to the acting notary today and of which the deputy notary produced a certified copy in the name and on behalf of

APP000004

**Technify Motors GmbH** mit dem Sitz in Berlin, Deutschland, geschäftsansässig c/o Noerr LLP, Brienner Straße 28, 80333 München, Deutschland, eingetragen im Handelsregister des Amtsgerichts Charlottenburg unter HRB 145698 B.

Der Erschiene zu 1. ist der amtierenden Notarvertreterin von Person bekannt. Die Erschienenen zu 2. und 3. wiesen sich aus durch Vorlage ihrer amtlichen Lichtbildausweise.

Ist in dieser Urkunde vom beurkundenden Notar die Rede, so ist sinngemäß Notar Dr. Joachim Püls gemeint.

Die Übersetzung in der rechten Spalte ist lediglich eine unverbindliche Übersetzung; allein der deutsche Vertragstext, der in der linken Spalte dieser Urkunde enthalten ist, entfaltet rechtliche Bindungswirkung.

Die Erschienenen zu 1. bis 3. bestätigten auf Befragen des Notars/der Notarvertreterin, dass weder der Notar noch eine mit ihm zur gemeinsamen Berufsausübung verbundene Person außerhalb ihrer Amtstätigkeit als Notar bereits in derselben Angelegenheit für die Erschienenen zu 1. bis 3. oder die von ihnen Vertretenen tätig waren oder sind.

**Technify Motors GmbH** with its registered seat at Berlin, Germany, and business seat c/o Noerr LLP, Brienner Strasse 28, 80333 Munich, Germany, registered with the commercial register of the local court of Charlottenburg under HRB 145698 B.

The persons appearing under 1. is personally known to the acting notary. The persons appearing under 2. and 3. identified themselves with their official identiy cards.

In case this deed makes reference to the acting notary this shall be deemed a reference to notary Dr. Joachim Püls.

The translation in the right column shall only be a convenience translation; solely the German version of this text in the left column shall be legally binding.

Upon request of the notary public/deputy notary, the persons appearing under 1. through 3. above confirmed that neither the notary public nor any of the persons working with him have acted or are acting in the same matter for the persons appearing under 1. through 3. above or the persons represented by them, apart from acting in their capacity as a notary public.

APP000005

Der zwischen den Beteiligten zu 1. bis 3. geschlossene Unternehmenskauf- und Übertragungsvertrag über Vermögensgegenstände der Thielert Aircraft Engines GmbH bzw. der CENTURION Aircraft Engines AG & Co. KG vom 13.01.2013, URNr. 76 P/2013 des Notar Dr. Joachim Püls, lag bei der Beurkundung dieses Vollzugsprotokolls in Urschrift vor, ihr Inhalt ist den Beteiligten bekannt, auf Vorlesen und Beifügen zur heutigen Niederschrift wird verzichtet. Auf die Vorurkunde wird verwiesen. Die Notarvertreterin hat über die Bedeutung des Verweisens belehrt.

Mit amtlicher Urkunde Nr. 1989 P / 2013 vom 22.07.2013 des Notars Dr. Joachim Püls mit Amtssitz in Dresden („**Bezugsurkunde**") wurden die nachstehenden Anlagen zum Zwecke der Bezugnahme beurkundet. Auf die Bezugsurkunde, die anlässlich der heutigen Beurkundung in Urschrift vorliegt, wird verwiesen. Ihr Inhalt ist den Parteien bekannt. Die Parteien verzichten auf die Verlesung der Bezugsurkunde, auf die Vorlage der in ihr enthaltenen Anlagen und insgesamt auf die Beifügung der Anlagen zur jetzigen Urkunde. Die Notarvertreterin hat über die Bedeutung des Verweisens belehrt.

Die nachstehende Auflistung stellt noch einmal übersichtsartig die in der Bezugsurkunde enthalten Anlagen dar.

The business purchase and transfer agreement relating to the assets of Thielert Aircraft Engines GmbH and, respectively, CENTURION Aircraft Engines AG & Co. KG, concluded between the persons represented by the persons appearing under 1. through 3. above on 13.01.2013, deed role no. 76 P/2013 of the notary Dr. Joachim Püls, was displayed during the notarisation of this closing protocol, the content of it is known to the persons appearing, their right to have the deed read aloud and attached to this deed is waived. It is made reference to the previous deed. The junior notary explained the meaning of this waiver.

With deed No. 1989 P / 2013 dated 22.07.2013 of notary Dr. Joachim Püls with offices in Dresden ("**Reference Deed**") the exhibits below have been notarised in order to make reference to them. It is made reference to the Reference Deed the original of which was available at this notarization. The content of it is known to the Parties. The Parties waive the requirement to read out loud the Reference Deed, the exhibits contained in it as well as the attachment of the exhibits to this deed. The deputy notary has instructed about the meaning of this waiver.

The following list again gives an overview of the Exhibits that are contained in the Reference Deed.

APP000006

Sodann erklärten die Erschienenen zu 1. bis 3. – handelnd wie angegeben – mit der Bitte um Beurkundung ihrer gesamten Erklärungen weiterhin Folgendes:

The persons appearing under 1. through 3. above – acting as stated above – then requested the notarisation of all of their following declarations:

APP000007

# Vollzugsprotokoll / Closing Protocol

betreffend den / regarding the

## Unternehmenskauf- und Übertragungsvertrag / Business Purchase and Transfer Agreement

über Vermögensgegenstände der /
relating to assets of

## Thielert Aircraft Engines GmbH

und / and

## CENTURION Aircraft Engines AG & Co. KG

vom/dated 13.01.2013

(URNr./deed no. 76 P/2013 des Notars/of notary Dr. Püls mit Amtssitz/with offices in Dresden)

APP000008

| Verzeichnis der Anlagen | | Table of Exhibits | |
|---|---|---|---|
| **Anlage** | **Bezeichnung** | **Exhibit** | **Title** |
| Anlage D 1 | Superior Anspruchsschreiben | Exhibit D 1 | Superior Claim Notification |
| Anlage D 2 | Superior Antrag | Exhibit D 2 | Superior Motion |
| Anlage 1.2 | Mitteilung des Käufers über erforderliche Zustimmung | Exhibit 1.2 | Notification of the Buyer relating to the required approvals |
| Anlage 1.3 | Mitteilung des Verkäufers 1 über die Trennung des TAE-Militärgeschäfts | Exhibit 1.3 | Notification of the Seller 1 relating to the separation of the TAE-Military Business |
| Anlage 1.4 | Unbedenklichkeitsbescheinigung des BMWi | Exhibit 1.4 | Writ of no concern by the BMWi |
| Anlage 1.5 | Erklärung der Daimler AG | Exhibit 1.5 | Declaration of Daimler AG |
| Anlage 1.6 | Mitteilung des Verkäufers 1 über die Zustimmung des Gläubigerausschusses | Exhibit 1.6 | Notification of the Seller 1 relating to the approval of the creditors' committee |
| Anlage 1.7 | Bestätigung des amtierenden Notars | Exhibit 1.7 | Confirmation of the acting notary public |
| Anlage 1.9 | Vereinnahmte Anzahlungen | Exhibit 1.9 | Prepayments Received |
| Anlage 1.10 | Geleistete Vorauszahlungen | Exhibit 1.10 | Prepayments Made |
| Anlage 1.12(i) | Zahlungseingangsbestätigung der Ostsächsische Sparkasse | Exhibit 1.12(i) | Acknowledgement of receipt by Ostsächsische Sparkasse |

APP000009

| Verzeichnis der Anlagen | | Table of Exhibits | |
|---|---|---|---|
| **Anlage** | **Bezeichnung** | **Exhibit** | **Title** |
| Anlage 1.12(ii) | Zahlungseingangsbestäti-gung der Dresdner Volksbank Raiffeisenbank eG | Exhibit 1.12(ii) | Acknowledgement of receipt by Dresdner Volksbank Raiffeisenbank eG |
| Anlage 2.1 | Liste der übergebenen Schlüssel | Exhibit 2.1 | Schedule of keys handed over |
| Anlage 2.2 | Reduzierte Bankbürg-schaft | Exhibit 2.2 | Reduced bank guarantee |
| Anlage 3.1 (i) | Lagepläne | Exhibit 3.1(i) | Floor plans |
| Anlage 3.1 (ii) | Gegenstände Anlagever-mögen | Exhibit 3.1 (ii) | Fixed movable assets |
| Anlage 3.2 | Gegenstände Vorratsver-mögen | Exhibit 3.1 (iii) | Current assets |
| Anlage 3.5 | Aufträge | Exhibit 3.5 | Orders |
| Anlage 3.6 (ii) | Pfandgelder | Exhibit 3.6 (ii) | Deposit money |
| Anlage 3.6 (iii) | Gutscheine | Exhibit 3.6 (iii) | Vouchers |
| Anlage 3.7 (i) | Verträge und Dauer-schuldverhältnisse | Exhibit 3.7 (i) | Contracts and continuing ob-ligations |
| Anlage 3.7 (ii) | Email Daimler wg Modi-fikation Konditionen | Exhibit 3.7 (ii) | Email Daimler re modificat-tion conditions |
| Anlage 3.7 (iii) | Verlängerte Bürgschaft Commerzbank AG | Exhibit 3.7 (iii) | Extend bank guarantee Commerzbank AG |
| Anlage 3.8 | Zum Übergang vorgesehe-ne Betriebsgenehmigun-gen | Exhibit 3.8 | Business Permissions that should transfer |

APP000010

| | |
|---|---|
| **Vollzugsprotokoll** | **Closing Protocol** |
| Zwischen | between |

1. Herr Rechtsanwalt **Dr. Bruno M. Kübler**, handelnd in seiner Eigenschaft als Insolvenzverwalter über das Vermögen der Thielert Aircraft Engines GmbH mit dem Sitz in Lichtenstein, Deutschland, geschäftsansässig Platanenstraße 14, 09356 St. Egidien, Deutschland, eingetragen im Handelsregister des Amtsgerichts Chemnitz unter HRB 16998,

   („**Verkäufer 1**" oder „**TAE-Insolvenzverwalter**");

und

2. **CENTURION Aircraft Engines AG & Co. KG** mit dem Sitz in St. Egidien, Deutschland, geschäftsansässig Platanenstraße 14, 09356 St. Egidien, Deutschland, eingetragen im Handelsregister des Amtsgerichts Chemnitz unter HRA 6542,

   („**Verkäufer 2**");

und

3. **Technify Motors GmbH** mit dem Sitz in Berlin, geschäftsansässig c/o Noerr LLP, Brienner Straße 28, 80333 München, Deutschland, eingetragen im Han-

---

1. Rechtsanwalt **Dr. Bruno M. Kübler**, acting in his capacity as insolvency administrator over the estate of Thielert Aircraft Engines GmbH with its registered seat at Lichtenstein, Germany, and business seat at Platanenstrasse 14, 09356 St. Egidien, Germany, registered with the commercial register of the local court of Chemnitz under HRB 16998,

   ("**Seller 1**" or "**TAE-Insolvency Administrator**");

and

2. **CENTURION Aircraft Engines AG & Co. KG** with its registered seat in St. Egidien, Germany, and its business seat at Platanenstrasse 14, 09356 St. Egidien, Germany, registered with the commercial register of the local court of Chemnitz under HRA 6542,

   ("**Seller 2**");

and

3. **Technify Motors GmbH** with its registered seat at Berlin and its business seat c/o Noerr LLP, Brienner Strasse 28, 80333 Munich, Germany,

APP000011

delsregister des Amtsgerichts Charlottenburg unter HRB 145698 B,

(„**Käufer**");

Verkäufer 1 und Verkäufer 2 gemeinsam die „**Verkäufer**", Verkäufer und Käufer zusammen die „**Parteien**" und allein jeweils „**Partei**".

### Präambel

(A) Herr Rechtsanwalt Dr. Bruno M. Kübler ist durch Beschluss des Amtsgerichts Chemnitz vom 01.07.2008 (AZ: 1503 IN 1353/08) zum Insolvenzverwalter über das Vermögen der Thielert Aircraft Engines GmbH, eingetragen im Handelsregister des Amtsgerichts Chemnitz unter HRB 16998, bestellt.

(B) Am 13.01.2013 schlossen die Parteien einen Unternehmenskauf- und Übertragungsvertrag über Vermögensgegenstände der Insolvenzschuldnerin bzw. der Verkäufer 2 zur URNr. 76 P/2013 des beurkundenden Notars („**TAE-Kaufvertrag**").

(C) Mit Ausnahme der Übertragung des der Insolvenzschuldnerin gehörenden Grundbesitzes, dessen Übertragung auf den Käufer sich allein nach § 3 des TAE-Kaufvertrags richtet, ist die Wirksamkeit der im TAE-Kaufvertrag geregelten dinglichen Übertragungsakte, insbesondere die Übereignung von beweglichen Wirtschaftsgütern, die Abtre-

registered with the commercial register of the local court of Charlottenburg under HRB 145698 B,

("**Buyer**");

Seller 1 and Seller 2 jointly the "**Sellers**"; Sellers and Buyer jointly the "**Parties**" and individually each the "**Party**".

### Preamble

(A) Rechtsanwalt Dr. Bruno M. Kübler has been appointed by court order of the local court of Chemnitz dated 01.07.2008 (File no. 1503 IN 1353/08) insolvency administrator over the estate of Thielert Aircraft Engines GmbH, registered with the commercial register of the local court of Chemnitz under HRB 16998.

(B) On 13.01.2013, the Parties entered into a business purchase and transfer agreement relating to assets of the Insolvency Debtor and, respectively, the Seller 2, deed role no. 76 P/2013 of the acting notary public ("**TAE-Purchase Agreement**").

(C) Except for the conveyance of the real estate owned by the Insolvency Debtor, regarding to which Section 3 of the TAE-Purchase Agreement applies conclusively, the effectiveness of all transfers *in rem* pursuant to the TAE-Purchase Agrecment, particularly the transfer of ownership of the movable assets, the assignment of

APP000012

tung von Ansprüchen und sonstigen Rechten sowie die Übernahme von Verträgen und sonstigen Rechtsbeziehungen aufschiebend bedingt auf den vollständigen Eintritt der Vollzugsbedingungen.

(D) Die Superior Air Parts, Inc., eine Gesellschaft US-amerikanischen Rechts mit dem Sitz in Texas und der Geschäftsanschrift 621 South Royal Lane, Suite 100, Coppell, TX 75019-3805 („**Superior**") hat mit einem unter dem 09.07.2013 an den Verkäufer 1 gerichteten Schreiben, beigefügt in Kopie als **Anlage D 1**, und mit einem gerichtlichen Antrag (Motion) an den US-amerikanischen Insolvenzgerichtshof, Distrikt Nord-Texas, Abteilung Dallas, vom 11.07.2013, beigefügt in Kopie als **Anlage D 2**, die Herausgabe verschiedener, angeblich im Eigentum von Superior stehender materieller und immaterieller Vermögensgegenstände gegen den Verkäufer 1 geltend gemacht (die „**Superior-Ansprüche**"). Im Hinblick auf diese Geltendmachung der Superior-Ansprüche haben die Verkäufer sämtliche im Geschäftsbetrieb der TAE der Geschäftsbeziehung mit Superior zuzuordnenden materiellen und immateriellen Wirtschaftsgüter, insbesondere Gegenstände des Vorratsvermögens, Werkzeuge, Unterlagen und Daten betreffend Fertigung und Entwicklung sowie sonstige Unterlagen und Datenträger, die Fertigungskenntnisse oder Know-how verkörpern (insgesamt der „**Bereich Superior**") komplett getrennt und werden den Bereich Superior daher nicht an den Käufer übertragen, solange

claims and other rights as well as the assumption of agreements and other legal relationships is subject to the complete fulfilment of the Closing Conditions.

(D) Superior Air Parts, Inc., a US corporation with official seat in Texas and business address 621 South Royal Lane, Suite 100, Coppell, TX 75019-3805 ("**Superior**") has with letter dated 09.07.2013 addressed to Seller 1, a copy of which attached as **Exhibit D 1**, as well as with a court filing (motion) to United States bankruptcy court, northern district of Texas, Dallas division dated 11.07.2013, a copy of which is attached as **Exhibit D 2**, claimed the return of certain tangible and intangible assets that are allegedly owned by Superior (the "**Superior Claims**"). With regard to the making of the Superior Claims, Sellers have completely separated within the business of TAE all tangible and intangible assets, in particular current assets, tooling, documents and data regarding production and development, as well as other documents and data carriers, that embody production knowledge and know-how (together the "**Superior Part**") and will not transfer the Superior Part to the Buyer, until it has been legally finally and unappealable decided or agreed on, if and to what extent the Sellers shall be entitled to transfer the Superior Part to the Buyer (the period between today and the date of

APP000013

nicht rechtlich abschließend und unanfechtbar geklärt oder vereinbart ist, ob und in welchem Umfang die Verkäufer den Bereich Superior auf den Käufer übertragen dürfen (der Zeitraum zwischen dem heutigen Tag und dieser rechtlich abschließenden und unanfechtbaren Klärung oder Vereinbarung die „**Superior-Klärungsphase**").

(E)   Da sich die Parteien nicht darauf einigen können, welchen Wert der Bereich Superior hat, wie dieser Wert bestimmt wird und wie hoch daher ein Schaden des Käufers ist, so ein solcher besteht, wenn der Bereich Superior nicht auf den Käufer übertragen werden kann, sollen dem Käufer sämtliche Rechte und Ansprüche, insbesondere auf Schadensersatz im Sinne der §§ 249 ff. BGB, zustehen, damit dieser deswegen gegen die Verkäufer vorgehen kann, wobei damit kein Anerkenntnis derartiger Ansprüche seitens der Verkäufer verbunden ist und derartige Rechte und Ansprüche der Höhe nach insgesamt auf EUR 3.500.000,00 begrenzt sein sollen.

(F)   Die Parteien wollen die im TAE-Kaufvertrag angesprochenen Transaktionen nunmehr vollziehen. Dabei wird ausdrücklich klargestellt, dass die Positionen des TAE-Militärgeschäfts, des Nicht-US-Militärgeschäfts und des Superior Bereichs vom Vollzug ausgenommen werden und dieses Vollzugsprotokoll somit die Übertragung des TAE-Militärgeschäfts, des Nicht-US-Militärgeschäfts und des Superior Bereichs nicht erfasst. Damit wird aus-

this legally final and unappealable decision or agreement the "**Superior Clarification Period**").

(E)   Given that the Parties could not reach agreement on the value of the Superior Part, the determination of this value and, therefore, how high the damages of the Buyer, if any, is in case the Superior Part cannot be transferred, the Buyer shall retain all the rights and claims, in particular claims for damages within the meaning of §§ 249 et seq. German Civil Code, in order to allow for him to go against the Seller because of this, whereby this is not an acknowledgment of any such claims by the Sellers, and whereby any such claims shall be limited in amount at a maximum of EUR 3.500.000,00

(F)   The Parties now wish to consummate the transactions contemplated in the TAE-Purchase Agreement. For the purpose of clarification, the positions of the TAE-Military Business, the non-US-military business and the Superior Part are not affected by this consummation and this Closing Protocol does not comprise the transfer and assignment of the TAE-Military Business, the non-US-military business and the Superior Part. It is fur-

APP000014

drücklich klargestellt, dass die im TAE-Kaufvertrag geregelten Transaktionen und dieses Vollzugsprotokoll sich ausschließlich auf den zivilen Geschäftsbereich der Insolvenzschuldnerin und des Verkäufers 2 beziehen.

ther clarified that the transaction contemplated in the TAE-Purchase Agreement and this Closing Protocol solely relates to the general aviation part of the business of the Insolvency Debtor and Seller 2.

DIES VORAUSGESCHICKT, vereinbaren die Parteien was folgt („**Vollzugsprotokoll**"):

NOW, THEREFORE, the Parties agree to the following ("**Closing Protocol**"):

## § 1
### Eintritt der
### Vollzugsbedingungen

(1) Die Parteien sind sich einig und erklären hiermit übereinstimmend, dass die Vollzugsbedingungen vollständig eingetreten sind. Höchstvorsorglich verzichten die Parteien hiermit wechselseitig auf das Erfordernis des Eintritts aller noch nicht eingetretenen Vollzugsbedingungen.

(2) Die Vollzugsbedingung nach § 5 Abs. 2 lit. a) des TAE-Kaufvertrags ist eingetreten. Der Käufer hat den anderen Parteien und dem beurkundenden Notar gemäß Anlage 5 / 2 / a zum TAE-Kaufvertrag schriftlich mitgeteilt, dass die zuständigen Behörden in der Volksrepublik China ihre Zustimmung zum TAE-Kaufvertrag erteilt haben.

Zum Nachweis wird eine Kopie dieser Mitteilung diesem Vollzugsprotokoll als

## § 1
### Occurrence of the
### Closing Conditions

(1) The Parties agree and herewith unanimously declare that the Closing Conditions have completely occurred. For reasons of precaution, the Parties herewith mutually waive the requirement of the occurrence of any Closing Condition not yet occurred.

(2) The Closing Condition pursuant to Section 5 para. 2 lit. a) of the TAE-Purchase Agreement has occurred. The Buyer has informed the other Parties and the acting notary public in accordance with Exhibit 5 / 2 / a to the TAE-Purchase Agreement in writing that the competent authorities in the People's Republic of China have approved the TAE-Purchase Agreement.

As evidence, a copy of such notification is attached as **Exhibit 1.2** to this

Noerr LLP | M-2687-2011, 8351231_1, 22.07.2013
Seite 13/33

APP000015

**Anlage 1.2** beigefügt.

Closing Protocol.

(3)  Die Vollzugsbedingung nach § 5 Abs. 2 lit. b) des TAE-Kaufvertrags ist eingetreten. Der Verkäufer 1 hat den anderen Parteien und dem beurkundenden Notar gemäß Anlage 5 / 2 / b zum TAE-Kaufvertrag schriftlich mitgeteilt, dass das TAE-Militärgeschäft vom restlichen Geschäftsbetrieb der Verkäufer getrennt worden ist oder eine solche Trennung nicht erforderlich ist.

(3)  The Closing Condition pursuant to Section 5 para. 2 lit. b) of the TAE-Purchase Agreement has occurred. The Seller 1 has informed the other Parties and the acting notary public in accordance with Exhibit 5 / 2 / b to the TAE-Purchase Agreement in writing that the TAE-Military Business has been separated from the remaining business of the Sellers or that no such separation is required.

Zum Nachweis wird eine Kopie dieser Mitteilung diesem Vollzugsprotokoll als **Anlage 1.3** beigefügt.

As evidence, a copy of such notification is attached as **Exhibit 1.3** to this Closing Protocol.

(4)  Die Vollzugsbedingung nach § 5 Abs. 2 lit. c) des TAE-Kaufvertrags ist eingetreten. Die Unbedenklichkeitsbescheinigung gemäß § 53 Abs. 3 AWV ist unter Bezugnahme auf den Antrag des Käufers vom 13. Juni 2013 erteilt worden.

(4)  The Closing Condition pursuant to Section 5 para. 2 lit. c) of the TAE-Purchase Agreement has occurred. The writ of no concern pursuant to section 53 para. 3 German Foreign Trade Regulation has been granted by making reference to the application of the Buyer dated 13 June 2013.

Zum Nachweis wird eine Kopie dieser Unbedenklichkeitsbescheinigung diesem Vollzugsprotokoll als **Anlage 1.4** beigefügt. Vorsorglich bestätigt der Verkäufer 1 hiermit nach Maßgabe seiner Erklärung im Schreiben vom 13.06.2013 an das Bundesministerium für Wirtschaft und Technologie, dass die dort geschilderten Maßnahmen zur Trennung des zivilen und militärischen Geschäftsbereichs durchgeführt worden sind.

As evidence, a copy of such writ of no concern is attached as **Exhibit 1.4** to this Closing Protocol. For precautionary reasons Seller 1 hereby confirms in accordance with his declaration in the letter dated 13 June 2013 to the Federal Ministry of Economics and Technology that the measures for the separation of the general aviation from the military business have been taken.

APP000016

(5)   Die Vollzugsbedingung nach § 5 Abs. 2 lit. e) des TAE-Kaufvertrags ist eingetreten. Die Erklärung des Lieferanten Daimler AG zur Übertragung des Lizenzvertrages mit der Insolvenzschuldnerin auf den Käufer ist zur Zufriedenheit des Käufers eingeholt worden.

Zum Nachweis wird eine Kopie der Erklärung der Daimler AG diesem Vollzugsprotokoll als **Anlage 1.5** beigefügt.

(6)   Die Vollzugsbedingung nach § 5 Abs. 2 lit. f) des TAE-Kaufvertrags ist eingetreten. Der Verkäufer 1 hat dem Verkäufer 2, dem Käufer und dem amtierenden Notar schriftlich mitgeteilt, dass der Gläubigerausschuss im Insolvenzverfahren über das Vermögen der Insolvenzschuldnerin dem TAE-Kaufvertrag zugestimmt hat.

Zum Nachweis wird eine Kopie der Mitteilung des Verkäufers 1 diesem Vollzugsprotokoll als **Anlage 1.6** beigefügt.

(7)   Der amtierende Notar hat dem Käufer schriftlich – unter abschriftlicher Unterrichtung des Verkäufers 1 – den Eintritt der in § 6 Abs. 3 des TAE-Kaufvertrags genannten Umstände bestätigt.

Zum Nachweis wird eine Kopie der Bestätigung des amtierenden Notars diesem Vollzugsprotokoll als **Anlage 1.7** beigefügt.

(5)   The Closing Condition pursuant to Section 5 para. 2 lit. e) of the TAE-Purchase Agreement has occurred. The declaration of Daimler AG to the transfer of the licence agreement with the Insolvency Debtor to the Buyer has – satisfactory to the Buyer – been received.

As evidence, a copy of such declaration of Daimler AG is attached as **Exhibit 1.5** to this Closing Protocol.

(6)   The Closing Condition pursuant to Section 5 para. 2 lit. f) of the TAE-Purchase Agreement has occurred. The Seller 1 has notified the Seller 2, the Buyer and the acting notary in writing that the creditor's committee in the insolvency proceeding over the estate of the Insolvency Debtor has approved the TAE-Purchase Agreement.

As evidence, a copy of such written notification of the Seller 1 is attached as **Exhibit 1.6** to this Closing Protocol.

(7)   The acting notary public has confirmed to the Buyer – with a copy to the Seller 1 – the occurrence of the circumstances and events referred to in Section 6 para. 3 of the TAE-Purchase Agreement.

As evidence, a copy of such written confirmation of the acting notary public is attached as **Exhibit 1.7** to this Closing Protocol.

Noerr LLP | M-2687-2011, 8351231_1, 22.07.2013
Seite 15/33

APP000017

(8) Der vom Käufer für sämtliche nach dem TAE-Kaufvertrag von den Verkäufern verkauften Wirtschaftsgüter, Rechte und rechtlichen Beziehungen einschließlich Grundbesitz und immaterieller Vermögenswerte zu zahlende TAE-Kaufpreis in Höhe von EUR 35.000.000 (in Worten: Euro fünfunddreißig Millionen) wurde vom Käufer vollständig und unwiderruflich

    a)    in Höhe eines Teilbetrages von EUR 2.500.000 (in Worten: Euro zwei Millionen fünfhunderttausend) auf das nachstehend angegebene Anderkonto des beurkundenden Notars

        Dresdner Volksbank Raiffeisenbank eG
        BLZ: 850 900 00
        Kontonummer: 3753021913
        BIC: GENODEF1DRS
        IBAN: DE 6485 0900 0037 5302 1913

    und

    b)    in Höhe eines Teilbetrages von EUR 32.500.000 (in Worten: Euro zweiunddreißig Millionen fünfhunderttausend) auf die nachstehend angegebene Bankverbindung des TAE-Insolvenzverwalters

        Ostsächsische Sparkasse Dresden
        BLZ: 85050300
        Kontonummer: 3100339133
        BIC: OSDD DE 81 XXX

(8) The purchase price amounting to EUR 35,000,000 (in words: Euro thirty-five million) and to be paid for all assets, rights and legal relationships including real estate and intangible assets sold by the Sellers under the TAE-Purchase Agreement has been paid by the Buyer fully and irrevocably

    a)    in the partial amount of EUR 2,500,000 (in words: Euro two million five hundred thousand) to the following trust account of the acting notary public

        Dresdner Volksbank Raiffeisenbank eG
        Banking Code: 850 900 00
        Account no.: 3753021913
        BIC: GENODEF1DRS
        IBAN: DE 6485 0900 0037 5302 1913

    and

    b)    in the partial amount of EUR 32,500,000 (in words: Euro thirty-two million five hundred thousand) to the following bank account of the TAE-Insolvency Administrator

        Ostsächsische Sparkasse Dresden
        Banking Code: 85050300
        Account No.: 3100339133

APP000018

IBAN:                DE
16850503003100339133

BIC: OSDD DE 81 XXX
IBAN:                DE
16850503003100339133

bezahlt.

(9)   Diesem Vollzugsprotokoll ist eine Aufstellung der zum Übertragungsstichtag durch die Verkäufer vereinnahmten Anzahlungen auf nach dem Übertragungsstichtag zu erbringende Leistungen („**Vereinnahmte Anzahlungen**") als **Anlage 1.9** beigefügt.

Die Parteien sind sich einig, dass die Vereinnahmten Anzahlungen sich ausweislich **Anlage 1.9** auf insgesamt EUR 850.953,78 (in Worten: Euro achthundertfünfzigtausendneunhundertdreiundfünfzig und achtundsiebzig Cent) belaufen. Die Parteien sind sich einig, dass der Betrag der Vereinnahmten Anzahlungen nicht in bar von den Verkäufern an den Käufer bezahlt werden soll, sondern mit den Geleisteten Vorauszahlungen verrechnet werden sollen.

(10)  Diesem Vollzugsprotokoll ist eine Aufstellung der zum Übertragungsstichtag durch die Verkäufer geleisteten Anzahlungen auf nach dem Übertragungsstichtag zu empfangende Leistungen („**Geleistete Vorauszahlungen**") als **Anlage 1.10** beigefügt.

Die Parteien sind sich einig, dass die Geleisteten Vorauszahlungen sich ausweislich **Anlage 1.10** auf insgesamt EUR 637.648,18 (in Worten: Euro sechshundertsiebenunddreißigtausendsechshundertachtundvierzig und acht-

(9)   Attached to this Closing Protocol as **Exhibit 1.9** is a chart relating to the prepayments received by the Sellers as per the Transfer Date and relating to services to be delivered after the Transfer Date ("**Prepayments Received**").

The Parties agree that according to **Exhibit 1.9** the Prepayments Received are amounting to EUR 850,953.78 (in words: Euro eight hundred fifty thousand nine hundred and fifty-three and seventy-cight Eurocents). The Parties agree that the amount of the Prepayments Received shall not be paid in cash by the Sellers to the Buyer, but that they should be set-off against the Prepayments Made.

(10)  Attached to this Closing Protocol as **Exhibit 1.10** is a chart relating to the prepayments made by the Sellers as per the Transfer Date and relating to services to be received after the Transfer Date ("**Prepayments Made**").

The Parties agree that according to **Exhibit 1.10** the Prepayments Made are amounting to EUR 637,648.18 (in words: Euro six hundred thirty-seven thousand six hundred and forty-eight and eighteen Eurocent).

APP000019

zehn Cent) belaufen.

(11) Der sich nach der Verrechnung ergebende Betrag in Höhe von EUR 213.305,60 (in Worten: Euro zweihundertdreizehntausenddreihundertfünf und sechzig Cent) ist von dem Verkäufer 1 an den Käufer bis spätestens zum 24.07.2013 auf nachfolgendes Konto des Käufers zahlbar:

Bank: Deutsche Bank
BLZ: 870 700 24
Kontonummer: 0744639600

(11) The amount resulting from the set-off amounting to EUR 213,305.60 (in words: Euro two hundred thirteen thousand three hundred and five and sixty Eurocent) shall be paid by Seller 1 to the Buyer to the following account of the Buyer:

Bank: Deutsche Bank
Banking Code: 870 700 24
Account No.: 0744639600

(12) Zum Nachweis des Zahlungseingangs gemäß § 6 Abs. 4 lit. b) des TAE-Kaufvertrags wird diesem Vollzugsprotokoll als **Anlage 1.12(i)** eine Kopie der Zahlungseingangsbestätigung der Ostsächsische Sparkasse vom heutigen Tage beigefügt. Zum Nachweis des Zahlungseingangs gemäß § 6 Abs. 4 lit. a) des TAE-Kaufvertrags wird diesem Vollzugsprotokoll als **Anlage 1.12(ii)** eine Kopie der Zahlungseingangsbestätigung der Dresdner Volksbank Raiffeisenbank eG beigefügt.

(12) As evidence for the receipt of payment pursuant to § 6 para. 4 lit. b) of the TAE-Purchase Agreement, a copy of the acknowledgement of receipt by Ostsächsische Sparkasse is attached as **Exhibit 1.12(i)** to this Closing Protocol. As evidence for the receipt of payment pursuant to § 6 para. 4 lit. a) of the TAE-Purchase Agreement, a copy of the acknowledgement of receipt by Dresdner Volksbank Raiffeisenbank eG is attached as **Exhibit 1.12(ii)** to this Closing Protocol.

## § 2
### Vornahme der Vollzugshandlungen

(1) Die Verkäufer haben dem Käufer Zugang zu sämtlichen Grundstücken und Gebäuden, insbesondere zu allen Geschäftsräumen, Lagern und Produkti-

## § 2
### Performance of the Closing Actions

(1) The Sellers have granted the Buyer access to all premises and buildings, in particular to all office premises, warehouses and production facilities,

APP000020

onsstätten, der Insolvenzschuldnerin und der CAE eingeräumt, indem die Verkäufer dem Käufer sämtliche Schlüssel zu diesen Gebäuden, insbesondere zu allen Geschäftsräumen, Lagern und Produktionsstätten der Insolvenzschuldnerin und der CAE übergeben haben. Die Verkäufer werden den Käufer zudem im Rahmen eines gemeinsamen Besuchs vor Ort in sämtlichen Räumlichkeiten, in denen sich nach dem TAE-Kaufvertrag vom Käufer gekaufte Vermögensgegenstände befinden, bei der Inbesitznahme begleiten. Zum Nachweis der Übergabe aller Schlüssel wird diesem Vollzugsprotokoll als **Anlage 2.1** ein Verzeichnis aller übergebenen Schlüssel beigefügt.

(2) Der Käufer hat dem Verkäufer 1 die als **Anlage 2.2** zu diesem Vollzugsprotokoll in Kopie beigefügte Bankbürgschaft über EUR 6.650.000 gemäß § 6 Abs. 7 des TAE-Kaufvertrages im Austausch gegen die bei Unterzeichnung des TAE-Kaufvertrages übergebene Bankbürgschaft übergeben. Der Verkäufer 1 und der Käufer bestätigen sich hiermit jeweils den Erhalt der betreffenden Bankbürgschaft.

## § 3
### Übertragung und Abtretung von Anlage- und Vorratsvermögen, Rechten und Verträgen

(1) Die Verkäufer übereignen dem diese Übereignung hiermit annehmenden Käufer hiermit sämtliche Gegenstände

of the Insolvency Debtor and of CAE, by handing over to the Buyer all keys to these buildings, in particular to all office premises, warehouses and production facilities of the Insolvency Debtor and of CAE. The Sellers will further accompany the Buyer through a joint visit to all premises and facilities where assets are located which have been purchased by the Buyer pursuant to the stipulations of the TAE-Purchase agreement when he takes possession. As evidence for the handing over of all keys, a schedule of all keys handed over is attached to this Closing Protocol as **Exhibit 2.1**.

(2) In exchange for the bank guarantee handed over at the signing of the TAE-Purchase Agreement the Buyer has handed over to Seller 1 pursuant to § 6 para. 7 of the TAE-Purchase Agreement a bank guarantee in the amount of EUR 6,650,000, a copy of which is attached as **Exhibit 2.2** to this Closing Protocol. The Seller 1 and the Buyer hereby each confirm the receipt of the respective bank guarantee.

## § 3
### Transfer and Assignment of Fixed and Current Assets, Rights and Agreements

(1) The Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment,

APP000021

des beweglichen Anlagevermögens der Insolvenzschuldnerin und der CAE, einschließlich Büro- und Geschäftsausstattung und Datenträgern und einschließlich infolge früherer Leasingverträge genutzter Gegenstände, die sich auf den Betriebs- und Lagergrundstücken befinden, die in den diesem Vollzugsprotokoll als **Anlage 3.1 (i)** beigefügten Lageplänen gelb umrandet sind.

Insbesondere übereignen die Verkäufer dem diese Übereignung hiermit annehmenden Käufer hiermit sämtliche in **Anlage 3.1 (ii)** zu diesem Vollzugsprotokoll aufgeführten Gegenstände des Anlagenvermögens.

Soweit es sich bei den Gegenständen des beweglichen Anlagevermögens um Gegenstände handelt, die sich auf Grundstücken oder in Gebäuden der Verkäufer befinden, die in den diesem Vollzugsprotokoll als **Anlage 3.1 (i)** beigefügten Lageplänen gelb umrandet sind, ist die Übergabe dadurch bewirkt, dass dem Käufer Zugang zu den jeweiligen Grundstücken und Gebäuden gewährt wurde. Soweit sich die Gegenstände des beweglichen Anlagevermögens im Besitz Dritter befinden, treten die Verkäufer, jeweils soweit diese berechtigt sind, die gegen diese Dritten gerichteten Herausgabeansprüche an den diese Abtretung hiermit annehmenden Käufer ab. Soweit der Käufer am Übertragungsstichtag an einzelnen oder mehreren Gegenständen des beweglichen Anlagevermögens keinen Besitz hat, erklären die Verkäufer hiermit, die

all fixed movable assets of the Insolvency Debtor and of CAE, including office and business equipment and data carriers and assets being used by virtue of former leasing agreements, that are located on the business and warehouse premises, which are framed in yellow on the floor plans attached as **Exhibit 3.1 (i)** to this Closing Protocol.

In particular, the Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all fixed movable assets referred to in **Exhibit 3.1 (ii)**to this Closing Protocol.

To the extent that the fixed movable assets are assets which are located on premises or in buildings that are owned by the Sellers which are framed in yellow on the floor plans attached as **Exhibit 3.1 (i)** to this Closing Protocol, the transfer of possession is being undertaken by way of granting access to the respective premises or buildings to the Buyer. To the extent that the fixed movable assets are in the possession of third parties, the Sellers, to the extent the respective Seller is entitled to do so, transfer and assign to the Buyer their respective restitution claims against such third party. To the extent the Buyer as of the Transfer Date has no possession of some or several fixed movable assets, the Sellers herewith declare to keep these respective fixed movable assets in custody for the

Noerr LLP | M-2687-2011, 8351231_1, 22.07.2013
Seite 20/33

APP000022

betreffenden Gegenstände des beweglichen Anlagevermögens ab sofort als Übergabesurrogat für den Käufer zu verwahren. Soweit den Verkäufern an den Gegenständen des beweglichen Anlagenvermögens lediglich Anwartschaftsrechte zustehen, treten die Verkäufer dem diese Abtretung hiermit annehmenden Käufer diese Anwartschaftsrechte hiermit jeweils ab.

Die Parteien bestätigen sich hiermit, dass damit die Übereignung der Gegenstände des beweglichen Anlagevermögens in Übereinstimmung mit § 2 Abs. 1 lit. a) des TAE-Kaufvertrags vollzogen wurde.

(2) Die Verkäufer übereignen dem diese Übereignung hiermit annehmenden Käufer hiermit sämtliche Gegenstände des Vorratsvermögens der Insolvenzschuldnerin und der CAE, die sich auf den Betriebs- und Lagergrundstücken befinden, die in den diesem Vollzugsprotokoll als **Anlage 3.1 (i)** beigefügten Lageplänen gelb umrandet sind.

Insbesondere übereignen die Verkäufer dem diese Übereignung hiermit annehmenden Käufer hiermit sämtliche in der **Anlage 3.2** zu diesem Vollzugsprotokoll aufgeführten Gegenstände des Vorratsvermögens.

Soweit es sich bei den Gegenständen des Vorratsvermögens um bewegliche Gegenstände handelt, die sich auf Grundstücken oder in Gebäuden der

Buyer by way of a substitute of the transfer of possession. To the extent the Sellers only own expectancy rights with respect to the fixed movable assets, the Sellers herewith assign and transfer to the Buyer, who herewith accepts such transfer and assignment, such expectancy rights.

The Parties herewith confirm that the transfer and assignment of the fixed movable assets has been consummated in accordance with Section 2 para. 1 lit. a) of the TAE-Purchase Agreement.

(2) The Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all current assets of the Insolvency Debtor and of CAE that are located on the business and warehouse premises, which are framed in yellow on the floor plans attached as **Exhibit 3.1 (i)** to this Closing Protocol.

In particular, the Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all current assets of the Insolvency Debtor and of CAE referred to in **Exhibit 3.2** to this Closing Protocol.

To the extent that the current assets are movable assets which are located on premises or in buildings that are owned by the Sellers which are

APP000023

Verkäufer befinden, die in den diesem Vollzugsprotokoll als **Anlage 3.1 (i)** beigefügten Lageplänen gelb umrandet sind, ist die Übergabe dadurch bewirkt, dass dem Käufer Zugang zu den jeweiligen Grundstücken und Gebäuden gewährt wurde. Soweit sich die Gegenstände des Vorratsvermögens im Besitz Dritter befinden, treten die Verkäufer, jeweils soweit diese berechtigt sind, die gegen diese Dritten gerichteten Herausgabeansprüche an den diese Abtretung hiermit annehmenden Käufer ab. Soweit der Käufer am Übertragungsstichtag an einzelnen oder mehreren Gegenständen des Vorratsvermögens keinen Besitz hat, erklären die Verkäufer hiermit, die betreffenden Gegenstände des Vorratsvermögens ab sofort als Übergabesurrogat für den Käufer zu verwahren. Soweit den Verkäufern an den Gegenständen des Vorratsvermögens lediglich Anwartschaftsrechte zustehen, treten die Verkäufer dem diese Abtretung hiermit annehmenden Käufer diese Anwartschaftsrechte hiermit jeweils ab.

Die Parteien bestätigen sich hiermit, dass damit die Übereignung der Gegenstände des Vorratsvermögens in Übereinstimmung mit § 2 Abs. 1 lit. b) des TAE-Kaufvertrags vollzogen wurde.

(3)   Die Verkäufer treten hiermit an den diese Abtretung jeweils hiermit annehmenden Käufer sämtliche zum Geschäftsbetrieb der Insolvenzschuldnerin und der CAE gehörenden Rechte aus Patenten,

framed in yellow on the floor plans attached as **Exhibit 3.1 (i)** to this Closing Protocol, the transfer of possession is being undertaken by way of granting access to the respective premises or buildings to the Buyer. To the extent that the current assets are in the possession of third parties, the Sellers, to the extent the respective Seller is entitled to do so, transfer and assign to the Buyer their respective restitution claims against such third party. To the extent the Buyer as of the Transfer Date has no possession of some or several current assets, the Sellers herewith declare to keep these respective current assets in custody for the Buyer by way of a substitute of the transfer of possession. To the extent the Sellers only own expectancy rights with respect to the current assets, the Sellers herewith assign and transfer to the Buyer, who herewith accepts such transfer and assignment, such expectancy rights.

The Parties herewith confirm that the transfer and assignment of the current assets has been consummated in accordance with Section 2 para. 1 lit. b) of the TAE-Purchase Agreement.

(3)   The Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all rights from patents and patent applications, as well as from trade-

APP000024

Patentanmeldungen, Marken und Markenanmeldungen mit allen damit verbundenen Rechten und Pflichten ab.

Die Parteien bestätigen sich hiermit, dass damit die Übertragung der Rechte aus Patenten, Patentanmeldungen, Marken und Markenanmeldungen mit allen damit verbundenen Rechten und Pflichten in Übereinstimmung mit § 2 Abs. 2 lit. a) des TAE-Kaufvertrags vollzogen wurde.

(4) Die Verkäufer treten hiermit an den diese Abtretung jeweils hiermit annehmenden Käufer sämtliche zum Geschäftsbetrieb der Insolvenzschuldnerin und der CAE gehörenden EDV-Produkte, Software, Quellcodes und Internet Domains sowie Lizenzen an Softwareprogrammen ab, jedoch ausgenommen des rein militärischen Bereichs und ausgenommen des Bereichs Superior.

Die Parteien bestätigen sich hiermit, dass damit die Übertragung der EDV-Produkte, Software, Quellcodes und Internet Domains sowie Lizenzen an Softwareprogrammen in Übereinstimmung mit § 2 Abs. 2 lit. b) des TAE-Kaufvertrags vollzogen wurde.

(5) Soweit rechtlich zulässig und vorbehaltlich der Zustimmung der jeweiligen Vertragspartner treten die Verkäufer

marks and trademark applications as well as all rights and obligations connected therewith pertaining to the business of the Insolvency Debtor and of CAE.

The Parties herewith confirm that the transfer and assignment of all rights from patents and patent applications, as well as from trademarks and trademark applications as well as all rights and obligations connected therewith has been consummated in accordance with Section 2 para. 2 lit. a) of the TAE-Purchase Agreement.

(4) The Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all IT-products, software source codes and internet domains as well as licenses to software programs pertaining to the business of the Insolvency Debtor and of CAE, except, however for the separated pure military part of the businesses and the Superior Part.

The Parties herewith confirm that the transfer and assignment of all IT-products, software source codes and internet domains as well as licenses to software programs has been consummated in accordance with Section 2 para. 2 lit. b) of the TAE-Purchase Agreement.

(5) To the extent legally permitted and subject to the granting of consent of the relevant contractual party, the

hiermit an den diese Abtretung jeweils annehmenden Käufer hiermit sämtliche in **Anlage 3.5** zu diesem Vollzugsprotokoll genannten Aufträge ab. Der Käufer tritt damit, soweit rechtlich zulässig und vorbehaltlich der Zustimmung der jeweiligen Vertragspartner, in sämtliche Rechte und Pflichten aus den Aufträgen ein.

Die Parteien bestätigen sich hiermit, dass damit die Übertragung der in **Anlage 3.5** zu diesem Vollzugsprotokoll genannten Aufträge in Übereinstimmung mit § 2 Abs. 3 des TAE-Kaufvertrags vollzogen wurde.

(6) Der Käufer übernimmt hiermit von den Verkäufern

(i) sämtliche Rechte und Pflichten - einschließlich Verpflichtungen aus den Service Bulletins die in Anlage 2 / 3 / a (2) des TAE-Kaufvertrags aufgeführt sind und aus vom Käufer nach dem Übertragungsstichtag auszustellenden Service Bulletins – aus den in **Anlage 3.5** aufgeführten Aufträgen, sowie

(ii) sämtliche zum Übertragungsstichtag bestehende Verpflichtungen auf Rückzahlung der durch den jeweiligen Kunden im Zusammenhang mit einer Rücknahmevereinbarung gezahlten Pfandgelder, wie aufgeführt in **Anlage 3.6 (ii)**, sowie

Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all Orders referred to in **Exhibit 3.5** to this Closing Protocol. To the extent legally permitted and subject to the granting of consent of the relevant contractual party, the Buyer assumes any rights and obligations under the Orders.

The Parties herewith confirm that the transfer and assignment of Orders listed in **Exhibit 3.5** to this Closing Protocol has been consummated in accordance with Section 2 para. 3 of the TAE-Purchase Agreement.

(6) The Buyer herewith assumes

(i) all rights and obligations – including obligations resulting from the Service Bulletins that are listed in Exhibit 2 / 3 / a (2) of the TAE-Purchase Agreement and the Service Bulletins to be issued by the Buyer after the Transfer Date – resulting from the Orders listed in **Exhibit 3.5**, as well as

(ii) all existing obligations as per the Transfer Date regarding the repayment of deposits that have been paid by a customer to one of the Sellers in connection with a redemption agreement out of the Orders listed in **Exhibit 3.6 (ii)**, as well

(iii) sämtliche zum Übertragungsstichtag bestehende Verpflichtungen aus durch einen der Verkäufer gegenüber Kunden gewährten Gutscheinen, wie aufgeführt in **Anlage 3.6 (iii)**, sowie

(iv) sämtliche jeweils ab dem Übertragungsstichtag entstehende Verpflichtungen aus bis zum Übertragungsstichtag hinsichtlich der Hauptleistungspflichten bereits erfüllten Verträgen, insbesondere aus Service Bulletins, wobei die Übernahme der Verpflichtungen und Freistellung aus Service Bulletins auf die in Anlage 2 / 3 / a (2) des TAE-Kaufvertrags aufgeführten Service Bulletins sowie vom Käufer nach dem Übertragungsstichtag auszustellende Service Bulletins beschränkt ist,

jeweils nach Maßgabe und gemäß den Einschränkungen zur Übernahme von Verpflichtungen des TAE-Kaufvertrags. Verpflichtungen aus gesetzlicher Produkthaftung werden vom Käufer nicht übernommen und verbleiben bei den Verkäufern.

Die Parteien bestätigen sich hiermit, dass damit die Übernahme der aus den in Anlage 2 / 3 / a (3) zum TAE-Kaufvertrag bzw. der in **Anlage 3.5** sowie **Anlage 3.6** zu diesem Vollzugsprotokoll aufgeführten Aufträge jeweils zum Übertragungsstichtag resultierenden Verpflichtungen vollzogen wurde.

(iii) all existing obligations as per the Transfer Date arising from vouchers issued by any of the Sellers to customers existing as set out in **Exhibit 3.6 (iii)**, as well as

(iv) any obligations arising from agreements relating to the delivery of goods and services, the main obligations of which have already been fulfilled prior to the Transfer Date, in particular based on Service Bulletins, whereby the taking over of obligations and release regarding Service Bulletins shall however be limited to the Service Bulletins listed in Exhibit 2 / 3 / a (2) and the Service Bulletins to be issued by the Buyer after the Transfer Date,

and in each case taking into account the limitations for the taking over of liabilities in the TAE-Purchase Agreement. Obligations based on statutory product liability will, however, not be taken over by the Buyer, but remain with the Sellers.

The Parties herewith confirm that the assumption of the obligations regarding the Orders listed in Exhibit 2 / 3 / a (3) to the TAE-Purchase Agreement and, respectively, listed in **Exhibit 3.5** and **Exhibit 3.6** to this Closing Protocol has been consummated.

APP000027

(7)   Soweit rechtlich zulässig und vorbehaltlich der Zustimmung der jeweiligen Vertragspartner treten die Verkäufer hiermit an den diese Abtretung jeweils annehmenden Käufer hiermit sämtliche in **Anlage 3.7 (i)** zu diesem Vollzugsprotokoll genannten, Verträge und Dauerschuldverhältnisse, insbesondere Verträge mit Lieferanten, ab. Der Käufer tritt damit, soweit rechtlich zulässig und vorbehaltlich der Zustimmung der jeweiligen Vertragspartner, in sämtliche Rechte und Pflichten aus diesen Verträgen und Dauerschuldverhältnissen ein.

Die Parteien bestätigen sich hiermit, dass damit die Übertragung der in **Anlage 3.7 (i)** zu diesem Vollzugsprotokoll genannten Verträge und Dauerschuldverhältnisse in Übereinstimmung mit § 2 Abs. 4 des TAE-Kaufvertrags vollzogen wurde. Zwischen den Parteien besteht Einvernehmen darüber, dass die vorstehend bestätigte Übertragung und Übernahme von Verträgen und Dauerschuldverhältnissen sich hinsichtlich der in **Anlage 3.7 (i)** aufgelisteten Bestellung bei der Daimler AG Nr. B 5122531 auf die Bestellung wie in den Konditionen modifiziert laut E-Mail der Daimler AG an den Verkäufer 1 vom 26. Juni 2013, hier in Kopie als **Anlage 3.7 (ii)** beigefügt, bezieht und dass die Verpflichtung des Käufers zur Ablösung und Freistellung aus der in diesem Zusammenhang gestellten Bürgschaft der Commerzbank AG (gemäß § 2 Abs. 5

(7)   To the extent legally permitted and subject to the granting of consent of the relevant contractual party, the Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all contracts and continuing obligations, particularly agreements with suppliers, referred to in **Exhibit 3.7 (i)** to this Closing Protocol. To the extent legally permitted and subject to the granting of consent of the relevant contractual party, the Buyer assumes any rights and obligations under such all contracts and continuing obligations.

The Parties herewith confirm that the transfer and assignment of contracts and continuing obligations listed in **Exhibit 3.7 (i)** to this Closing Protocol has been consummated in accordance with Section 2 para. 4 of the TAE-Purchase Agreement. The Parties are in agreement that the aforementioned confirmation regarding the transfer and assignment of contracts and continuing obligations regarding the order at Daimler AG no. B 5122531 as listed in **Exhibit 3.7 (i)** relates to the order with the amended conditions pursuant to the email of Daimler AG to Seller 1 of 26 June 2013, a copy of which is attached as **Exhibit 3.7 (ii)** hereto, and that the obligation of Buyer for the release and hold harmless regarding the bank guarantee of Commerzbank AG (pursuant to § 2 para.5 sentence 4 of the

Satz 4 des TAE-Kaufvertrags) sich auf die in der Laufzeit bis zum 30. September 2013 verlängerte Bürgschaft der Commerzbank AG bezieht, die in Kopie als **Anlage 3.7 (iii)** beigefügt ist.

(8) Zwischen den Parteien besteht Einvernehmen darüber, dass – im Rahmen des rechtlich Möglichen – sämtliche mit den gemäß dem TAE-Kaufvertrag in Verbindung mit dem vorliegenden Vollzugsprotokoll verkauften und übertragenen Positionen verbundenen, sach- und anlagebezogenen Genehmigungen („**Betriebsgenehmigungen**"), insbesondere auf die in **Anlage 3.8** genannten Betriebsgenehmigungen, Supplemental Type Certificates und Type Certificates, auf den Käufer übergehen oder zu seinen Gunsten neu erteilt werden sollen. Im Hinblick hierauf verpflichten sich die Verkäufer, den Käufer für eine angemessene Zeit nach dem Übertragungsstichtag – jedoch nur, soweit ihnen rechtlich möglich – zu unterstützen, insbesondere alle ihnen rechtlich möglichen und zumutbaren Erklärungen, insbesondere Zustimmungen, abzugeben, um bezüglich der Betriebsgenehmigungen einen Übergang auf den Käufer oder eine Neuerteilung zugunsten des Käufers zu fördern. Die Verkäufer sind nicht verpflichtet, in diesem Zusammenhang finanzielle Verpflichtungen, Verbindlichkeiten oder Haftungen gegenüber Dritten einzugehen; die Verkäufer haften auch nicht für einen Übergang und / oder eine Neuerteilung der Betriebsgenehmigungen.

TAE-Purchase Agreement) relates to the bank guarantee of Commerzbank AG the term of which has been extended until 30 September 2013, a copy of which is attached as **Exhibit 3.7 (iii)**.

(8) The Parties are in agreement that – to the extent legally permitted – all permissions relating to assets or operations sold pursuant to the TAE-Purchase Agreement in connection with this Closing Protocol ("**Business Permissions**"), in particular the Business Permissions, Type Certificates and Supplement Type Certificates pursuant to **Exhibit 3.8** shall transfer to the Buyer or shall be granted again to the benefit of the Buyer. In this regard, the Sellers shall be obliged to support the Buyer for a reasonable period of time after the Transfer Date – however, only to the extent legally permissible – and in particular issue all legally possible and reasonable declarations, particularly consent declarations, in order to promote the assignment of the Business Permissions or the re-granting for the Benefit of the Buyer. The Sellers shall not be obliged to take over any financial obligations, liabilities or warranties vis-à-vis third parties in this respect; the Sellers shall also not be liable for the assignment or the re-granting of the Business Permissions.

APP000029

§ 4
Übertragung von
Know-how und Kundenstamm

(1) Die Verkäufer übereignen bzw. treten hiermit an den diese Übereignung bzw. Abtretung annehmenden Käufer sämtliche Geschäftsunterlagen ab, die mit den durch den TAE-Kaufvertrag verkauften Wirtschaftgütern, Rechten und rechtlichen Beziehungen in Zusammenhang stehen. Dies umfasst sämtliche Entwicklungs-, Fertigungs- und Produktionskenntnisse sowie sämtliches Know-how der Verkäufer betreffend die in den Geschäftsbetrieben der Insolvenzschuldnerin bzw. der Verkäufer hergestellte Produkte und angewandte Verfahren sowie eine vollständige Kundendatei mit sämtlichen zu diesen Kunden in den Geschäftsbetrieben der Verkäufer vorhandenen Daten, jedoch ausgenommen des abgetrennten rein militärischen Bereichs der Geschäftsbetriebe sowie weiterhin ausgenommen des Bereichs Superior.

(2) Sofern die vorhandenen Geschäftsunterlagen auf Grundstücken oder in Gebäuden der Verkäufer befinden, ist die Übergabe dadurch bewirkt, dass dem Käufer Zugang zu den jeweiligen Grundstücken und Gebäuden gewährt wurde. Soweit die vorgenannten Geschäftsunterlagen sich bei Dritten befinden, treten die Verkäufer an den diese Abtretung hiermit annehmenden Käufer sämtliche Herausgabeansprüche und Zugriffsrechte gegen diese Dritten ab.

§ 4
Transfer of Know-how and customer relations

(1) The Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, all business documents relating to the assets, rights and legal relationships sold under the TAE-Purchase Agreement and available to the Sellers. These comprises of all development, manufacturing and production knowledge as well as all know-how of the Sellers regarding the products made or methods used in the business operations of the Insolvency Debtor or the Sellers, including a complete customer data base with all data existing in the respective business of the Sellers, except, however, for the separated pure military part of the businesses and the Superior Part.

(2) To the extent that such available business documents are located on premises or in buildings that are owned by the Sellers, the transfer of possession is being undertaken by way of granting access to the respective premises or buildings to the Buyer. To the extent such business documents are located with third parties, the Sellers herewith transfer and assign to the Buyer, who herewith accepts such transfer and assignment, any restitution claims and access

APP000030

rights against such third parties.

## § 5
### Bestätigung des Vollzugs

(1) Die Parteien bestätigen sich hiermit gegenseitig in Übereinstimmung mit § 5 Abs. 6 des TAE-Kaufvertrags den Eintritt aller Vollzugsbedingungen und die Vornahme aller Vollzugshandlungen.

(2) Soweit gemäß dem TAE-Kaufvertrag verkaufte Gegenstände oder Rechte aufgrund oder im Zusammenhang mit diesem Vollzugsprotokoll oder den im Vollzugsprotokoll in Bezug genommenen oder diesem beigefügten Vereinbarungen nicht wirksam an den Käufer übertragen worden sind, verpflichten sich die Parteien einvernehmlich zusammenzuwirken, um die wirksame Übertragung solcher Gegenstände oder Rechte auf die nach dem TAE-Kaufvertrag erwerbsberechtigte Partei zu bewirken, wobei zwischen den Parteien Einvernehmen darüber besteht, dass der TAE-Kaufvertrag sich nur auf den zivilen Bereich des Geschäftsbetriebs der Insolvenzschuldnerin und der Verkäuferin 2 bezieht.

## § 6
### Änderungen des TAE-Kaufvertrages

(1) Im Hinblick darauf, dass der Bereich Superior vom Vollzug gemäß diesem Vollzugsprotokoll ausgenommen bleibt

## § 5
### Confirmation of Closing

(1) The Parties herewith, pursuant to Section 5 para. 6 of the TAE-Purchase Agreement, confirm vis-à-vis each other the occurrence of all Closing Conditions and the performance of all closing actions.

(2) To the extent assets, rights or legal relationships sold pursuant to the TAE-Purchase Agreement have not been validly transferred and assigned to the Buyer under or in connection with this Closing Protocol or in the agreements to which reference is made in this Closing Agreement or which are attached to this Closing Agreement, the Parties shall undertake to jointly effect the valid transfer of such assets, rights or legal relationships to the relevant Party entitled to such acquisition under the TAE-Purchase Agreement, whereby the Parties are in agreement that the TAE-Purchase Agreement solely relates to the general aviation part of the business of the Insolvency Debtor and Seller 2.

## § 6
### Amendments to the TAE-Purchase Agreement

(1) Given that the Superior Part shall be excluded from the closing pursuant to this Closing Protocol and taking

und angesichts der Intention der Parteien, wie in lit. D) und E) der Präambel dargelegt, vereinbaren die Parteien einvernehmlich, den TAE-Kaufvertrag wie in Abs. 2 beschrieben zu ändern.

(2) Abweichend von den Regelungen und den Beschränkungen in § 7 des TAE-Kaufvertrages vereinbaren die Parteien hiermit, dass dem Käufer sämtliche etwaigen Rechte und Ansprüche, insbesondere auf Schadensersatz im Sinne der §§ 249 ff. BGB, zustehen und vorbehalten bleiben, die dieser, aus welchem Rechtsgrund auch immer, gegen einen der Verkäufer geltend machen kann, weil der nach dem TAE-Kaufvertrag verkaufte Bereich Superior am heutigen Tag nicht auf den Käufer übertragen werden kann. Rechte und Ansprüche des Käufers im Sinne dieses Abs. 2 sind insgesamt der Höhe nach begrenzt auf einen Gesamtbetrag von EUR 3.500.000,00. Insofern behält sich der Käufer sämtliche Rechte und Ansprüche vor, was die Verkäufer hiermit zur Kenntnis nehmen. Den Verkäufern steht das Recht zu, am Ende der Superior-Klärungsphase sämtliche oder einen Teil der Vermögensgegenstände des Bereichs Superior an den Käufer zu übertragen; eine entsprechende Übertragung ist dabei schadensmindernd zu berücksichtigen.

(3) Zwischen den Parteien besteht Einvernehmen, dass die Beschränkung der Unbedenklichkeitsbescheinigung gemäß § 53 Abs. 3 AWV vom 27. Juni 2013 auf den zivilen Geschäftsbereich und

into account the intention of the Parties as set out in lit. D) and E) of the Preamble , the Parties mutually agree to amend the TAE-Purchase Agreement as described in para. 2 below.

(2) Deviating from the provisions and restrictions in Section 7 of the TAE-Purchase Agreement, the Parties hereby agree, that the Buyer shall have and retain any and all potential rights and claims, in particular claims for damages within the meaning of §§ 249 et seq. German Civil Code, that he might have, based on any legal reason whatsoever, against any of the Sellers, because the Superior Part as sold pursuant to the TAE-Purchase Agreement cannot be transferred to the Buyer today. Any such rights and claims of the Buyer within the meaning of this para. 2 shall be limited in amount to a total amount of EUR 3.500.000,00. Insofar, the Buyer retains all the rights and claims he may have, what is hereby acknowledged by the Sellers. The Seller shall be entitled to transfer at the end of the Superior Clarification Period all or some of the assets that form the Superior Part to the Buyer; a respective transfer has to be taken into account reducing when calculating any damages.

(3) The Parties are in agreement that the limitation of the writ of no concern pursuant to section 53 para. 3 German Foreign Trade Regulation of 27 June 2013 with regard to the gen-

APP000032

die daraus resultierende Beschränkung der Übertragung gemäß dem vorliegenden Vollzugsprotokoll durch Herausnahme des gesamten militärischen Geschäftsbereichs die Höhe des TAE-Kaufpreises unberührt lässt.

(4) Abweichend von § 1 Abs. 1 des TAE-Kaufvertrages vereinbaren die Parteien hiermit, dass der Verkauf und die Übertragung sämtlicher Wirtschaftsgüter, Rechte und rechtlicher Beziehungen gemäß dem TAE-Kaufvertrag mit wirtschaftlicher Wirkung ab 0.00 Uhr früh des heutigen Tages, erfolgt.

## § 7
### Schlussbestimmungen

(1) Die in diesem Vollzugsprotokoll definierten Begriffe und verwendeten Definitionen haben, soweit nicht explizit anderweitig hierin definiert, dieselbe Bedeutung wie im TAE-Kaufvertrag definiert.

(2) Dieses Vollzugsprotokoll bestätigt ergänzend zu § 3 (hinsichtlich des TAE-Grundbesitzes) und § 5 des TAE-Kaufvertrags alle Vereinbarungen der Parteien im Hinblick auf den Vollzug des im TAE-Kaufvertrag geregelten Erwerbsvorgangs, mit Ausnahme des TAE-Militärgeschäfts und sonstiger, nicht dem zivilen Bereich zuzuordnender Positionen. Im Zweifel sind die Regelungen aus dem TAE-Kaufvertrag maßgeblich. Soweit in diesem Vollzugsprotokoll nicht ausdrücklich abwei-

eral aviation part of the business only and the limitations resulting therefrom for the transfer pursuant to this Closing Protocol by taking out the entire military part of the business shall not affect the amount of the TAE- Purchase Price.

(4) Deviating from the TAE-Purchase Agreement the Parties hereby agree that the sale and transfer of all assets, rights and legal relationships pursuant to the TAE-Purchase Agreement shall take place with economical effect as of 00.00 hours beginning of this day.

## § 7
### Miscellaneous

(1) The defined terms and definitions used in this Closing Protocol shall, to the extent that they are not expressly otherwise defined herein, have the same meaning defined in the TAE-Purchase Agreement.

(2) This Closing Protocol, in combination with Section 3 (regarding the TAE-Real Estate) and Section 5 of the TAE-Purchase Agreement, confirms additionally all agreements of the Parties with respect to the consummation of the transaction regulated in the TAE-Purchase Agreement, except for TAE-Military Business and other positions not related to the general aviation business. In case of doubt, the provisions of the TAE-Purchase Agreement are deci-

APP000033

chende Regelungen getroffen sind, bleiben die Bestimmungen des TAE-Kaufvertrags unberührt und gelten unverändert. Nebenvereinbarungen existieren nicht. Änderungen und / oder Ergänzungen bedürfen der Schriftform, sofern kein strengeres Formerfordernis gilt. Dies gilt auch für Änderungen und / oder Ergänzungen dieses Schriftformerfordernisses selbst.

(3)   Sollten einzelne Bestimmungen dieses Vollzugsprotokolls ganz oder teilweise unwirksam oder undurchführbar sein oder werden oder sollte sich in diesem Vollzugsprotokoll eine Lücke ergeben, so soll dadurch die Gültigkeit der übrigen Bestimmungen nicht berührt werden. Anstelle der unwirksamen oder undurchführbaren Bestimmung oder zur Ausfüllung einer Lücke ist eine angemessene Regelung zu vereinbaren, die – soweit nur rechtlich möglich – dem am nächsten kommt, was die Parteien gewollt haben oder nach dem Sinn und Zweck dieses Vollzugsprotokolls gewollt hätten, hätten sie den Punkt bedacht.

(4)   Dieses Vollzugsprotokoll unterliegt dem Recht der Bundesrepublik Deutschland.

(5)   Für den Inhalt und die Auslegung dieses Vollzugsprotokolls sowie in Fällen von Abweichung zwischen der deutschen und der englischen Fassung ist allein die deutsche Fassung maßgeblich.

sive. In case not expressly regulated differently in this Closing Protocol, the provisions of the TAE-Purchase Agreement remain unaffected and applicable. No side agreements exist. Amendments and / or additions require the written form, unless a stricter form is required by mandatory law. This also applies with respect to amendments and / or additions of this requirement of written form.

(3)   In case, some provisions of this Closing Protocol be or become completely or in part invalid or impracticable, or in case that this Closing Protocol contains gaps, this does not affect the validity of the remaining terms of this Closing Protocol. Instead of the invalid or impracticable provision or for the remedy of the gap an appropriate provision is to be agreed on which – if legally possible – comes closest to the purpose the Parties had originally intended to achieve if they had considered the issue.

(4)   This Closing Protocol is subject to the laws of the Federal Republic of Germany.

(5)   With regard to the content and for the construction of this Closing Protocol as well as in case of discrepancies between the German and the English version hereof, the German version

APP000034

Die mit der Beurkundung und dieser Nieder-
schrift und der Bezugsurkunde verbundenen
Notarkosten trägt der Käufer. Die Kosten der
Nachgenehmigung der Bezugsurkunde trägt
der Verkäufer 1. Die Kosten der zur Vorbe-
reitung dieser Niederschrift eingeschalteten
Berater sowie die mit der Erfüllung der eige-
nen Verpflichtungen nach diesem Vertrag
verbundenen Kosten trägt die jeweilige Partei
selbst.

Von dieser Urkunde erhalten:

    Ausfertigungen:

  - jede Partei;

    Zwei einfache (elektronische) Ab-
schriften:

  - jede Partei.

Eine einfache (elektronische) Abschrift:

Dr. Florian Becker, Noerr LLP, Brienner
Strasse 28, 80333 München.

Diese Urkunde wurde den Erschienenen von
der amtierenden Notarvertreterin vorgelesen,
von den Erschienenen genehmigt und von den
Erschienenen und der amtierenden Notarver-
treterin wie folgt eigenhändig unterzeichnet:

prevails.

The notary costs associated with this nota-
rization as well as the Reference Deed
shall be borne by the Buyer. The costs for
approving the Reference Deed are borne
by the Seller 1. The costs associated with
the advisors for the preparation of this
deed as well as the costs associated with
the fulfilment of the own obligations shall
be borne by each of the Parties.

Of this deed:

    Certified copies shall:

  - each of the Parties;

Two     (electronic)     copies:

  - each of the Parties

A single (electronic) copy:

Dr. Florian Becker, Noerr LLP, Brienner
Strasse 28, 80333 Munich.

This deed, , was read out to the persons
appearing by the acting deputy notary, ap-
proved by them and personally signed by
the persons appearing and the acting depu-
ty notary as follows:

APP000035



Beglaubigte Fotokopie

Amtsgericht

Chemnitz

**Aktenzeichen:**
**1503 IN 1353/08**

Insolvenzgericht

Chemnitz, 01.07.2008

# Bescheinigung

In dem Insolvenzverfahren über das Vermögen der

**Thielert Aircraft Engines GmbH, vertr.d,d.GF Frank Thielert,**
Platanenstraße 14, 09350 Lichtenstein
HRB 16998, Amtsgericht Chemnitz, Registergericht

**- Schuldnerin -**

ist

**Herr Rechtsanwalt Dr. Bruno M. Kübler,**

Kaßbergstraße 24, 09112 Chemnitz
Telefon:   (03 71) 31 33 73
Telefax:   (03 71) 31 33 75
Internet: chemnitz@kuebler-gbr.de

**zum Insolvenzverwalter** bestellt worden.

Minten
Richter am Amtsgericht

Die Übereinstimmung dieser Fotokopie mit der
Urschrift wird beglaubigt.
I hereby certify that the above copy is a true
copy of the original.

Dresden, 22. July 2013
Dresden, 22nd July 2013

Notarassessorin Annika Schwenk,
amtlich bestellte Vertreterin des
Notars Dr. Joachim Püls
Junior Notary Annika Schwenk,
deputy Notary of Notary Dr.
Joachim Püls

Beglaubigte Fotokopie

| **Vollmacht** | **Power of Attorney** |
|---|---|
| Die unterzeichnete | The undersigned |

**Brillant 1578. GmbH,**

| eine Gesellschaft mit beschränkter Haftung, eingetragen im Handelsregister des Amtsgerichts Berlin unter HRB 145698 B, mit Geschäftsanschrift Friedrichstraße 13, c/o VRB Vorratsgesellschaften GmbH, 10117 Berlin, Deutschland, | a limited liability company, registered with the commercial register of the local court of Berlin under HRB 145698 B, with business address Friedrichstraße 13, c/o VRB Vorratsgesellschaften GmbH, 10117 Berlin, Germany, |
|---|---|
| (nachfolgend die „**Gesellschaft**") | (hereinafter the "**Company**") |
| erteilt hiermit | hereby grants to |

**Dr. Florian Becker,**
**Martin Nigl,**
**Dr. Ralph Schilha,**
**Annette Weber**

jeweils geschäftsansässig / each with business address
Noerr LLP, Brienner Straße 28, 80333 München / Munich, Deutschland / Germany,

| (nachfolgend die „**Bevollmächtigten**"), | (hereinafter the "**Representatives**"), |
|---|---|
| jeweils Einzelvollmacht zur Vertretung der Gesellschaft beim | each of them individually, the power to represent the Company at the |
| Kauf und Erwerb von Vermögensgegenständen jeder Art, die zum Geschäftsbetrieb der Thielert Aircraft Engines GmbH bzw. der CENTURION Aircraft Engines AG & Co. KG gehören, von | purchase and acquisition of any kind of assets belonging to the business operations of Thielert Aircraft Engines GmbH or, respectively, of CENTURION Aircraft Engines AG & Co. KG from |
| 1.  **Herrn Rechtsanwalt Dr. Bruno M. Kübler**, in seiner Eigenschaft als Insolvenzverwalter über das Vermögen der Thielert Aircraft Engines GmbH mit Sitz in Lichtenstein, eingetragen im Handelsregis- | 1.  **Rechtsanwalt Dr. Bruno M. Kübler**, acting in his capacity as insolvency administrator over the estate of Thielert Aircraft Engines GmbH with its registered seat at Lichtenstein, registered with the |

APP000038

ter des Amtsgerichts Chemnitz un-
ter HRB 16998 (nachfolgend
„TAE"),

(nachfolgend der „Verkäufer 1")

und

2. **CENTURION Aircraft Engines
AG & Co. KG**

(nachfolgend der „Verkäufer 2";
Verkäufer 1 und Verkäufer 2 zu-
sammen die „Verkäufer")

zu vertreten. Diese Vollmacht umfasst,
insbesondere, aber ohne Einschränkung
hierauf,

— die Verhandlung, den Abschluss
und Vollzug eines notariell beur-
kundeten Unternehmenskauf- und
Übertragungsvertrages mit den
Verkäufern im Hinblick auf den
Erwerb aller oder einzelner Vermö-
gensgegenstände, die zum Ge-
schäftsbetrieb der TAE gehören,
insbesondere von materiellen und
immateriellen Vermögensgegen-
ständen, von der TAE gehörendem
Grundbesitz sowie von bestehenden
rechtlichen Beziehungen, ein-
schließlich der Geschäftsbeziehun-
gen und Kundenaufträge (nachfol-
gend der „TAE-Kaufvertrag"),

— die Verhandlung und die Vereinba-
rung von Kaufpreisen, Kaufpreissi-
cherheiten, Gewährleistungen und
Gewährleistungs- und Haftungsaus-
schlüssen, Rücktritts- und Vor-
kaufsrechten sowie die Verhand-
lung und Unterzeichnung von Voll-

commercial register of the local
court of Chemnitz under HRB 16998
(hereinafter „TAE"),

(hereinafter the "**Seller 1**")

and

2. **CENTURION Aircraft Engines
AG & Co. KG**

(hereinafter the "**Seller 2**"; Seller 1
and Seller 2 jointly the "**Sellers**")

This power of attorney in particular relates
to, but is not limited to,

— the negotiation, the conclusion and
execution of a notarized business
purchase and transfer agreement
with the Sellers and relating to the
purchase of all or some of the assets
pertaining to the business operations
of TAE, in particular tangible and in-
tangible assets, real estate owned by
TAE as well as legal relationships
existing, including business relation-
ships and new customer orders (here-
inafter the "**TAE-Purchase Agree-
ment**"),

— the negotiation and the agreement on
purchase prices, securities for the
purchase price, guarantees and ex-
clusions from guarantees and liabil-
ity, rights of withdrawal and pre-
emption as well as the negotiation
and execution of closing protocols

zugsprotokollen und sonstigen Anlagen im Hinblick auf den TAE-Kaufvertrag,

— sämtliche Änderungen (auch des Kaufpreises und Gegenstandes des TAE-Kaufvertrags), Ergänzungen und Erweiterungen des TAE-Kaufvertrags sowie von Vollzugsprotokollen und sonstigen Anlagen im Hinblick auf den TAE-Kaufvertrag,

— die Abgabe und den Empfang sämtlicher Erklärungen hinsichtlich des TAE-Kaufvertrags insbesondere, jedoch ohne Einschränkung hierauf, die Erklärung des Rücktritts vom TAE-Kaufvertrag, sowie von Vollzugsprotokollen sonstigen Anlagen im Hinblick auf den TAE-Kaufvertrag,

— die Abgabe und den Empfang sämtlicher sonstiger Erklärungen im Zusammenhang mit dem Abschluss und dem Vollzug des TAE-Kaufvertrags, insbesondere, aber ohne Einschränkung hierauf, verfahrensrechtlicher Erklärungen und öffentlich-rechtlicher Anträge, sowie die Vornahme sämtlicher hiermit im Zusammenhang stehender Handlungen.

Die Bevollmächtigten sind jeweils einzeln ermächtigt, alle in diesem Zusammenhang stehenden und aus Sicht des einzelnen Bevollmächtigten erforderlichen und zweckmäßigen Handlungen vorzunehmen und Erklärungen nach eigenem Ermessen abzugeben. Jeder der

and further annexes with respect to the TAE-Purchase Agreement,

— any modifications (also with respect to the purchase price and object of the TAE-Purchase Agreement), amendments and extensions to the TAE-Purchase Agreement as well as to closing protocols and further annexes with respect to the TAE-Purchase Agreement,

— the issuance and the receipt of any declarations relating to the TAE-Purchase Agreement, particularly, but not limited to, the declaration of withdrawal from the TAE-Purchase Agreement, as well as closing protocols and further annexes with respect to the TAE-Purchase Agreement,

— the issuance and the receipt of any further declarations relating to the conclusion and execution of the TAE-Purchase Agreement, in particular, but not limited to, of procedural declarations and public-law applications as well as the performance of any actions in connection herewith.

Each of the Representatives is individually authorized to take all steps and make all statements deemed necessary or desirable by the respective Representative in this context in their absolute discretion. Each of the Representatives is authorized to grant sub-powers of attorney to the same

APP000040

Bevollmächtigten ist ermächtigt, Unter-
vollmachten im selben Umfang wie diese
Vollmacht zu erteilen.

Die Bevollmächtigten sind jeweils, so-
weit gesetzlich zulässig, von jeder per-
sönlichen Haftung befreit.

Diese Vollmacht unterliegt dem Recht
der Bundesrepublik Deutschland.

Im Zweifel geht die deutsche Fassung
dieser Vollmacht vor; die englische Fas-
sung ist lediglich eine Übersetzung.

extent as this power of attorney.

Each of the Representatives is exempt, to
the extent permitted by law, from any per-
sonal liability.

This power of attorney shall be subject to
the laws of the Federal Republic of Ger-
many.

The German version of this power of at-
torney shall prevail in case of doubt; the
English version is a convenience transla-
tion.

_____,_____

Berlin,                    , 12.12.2012

Julia Vieth

Einzelvertretungsberechtigte Geschäfts-
führerin der / Managing director
with sole power of representation of
**Brillant 1578. GmbH**

APP000041

Nummer R 835 der Urkundenrolle für das Jahr 2012

Number R 835 of the Roll of Deeds for the year 2012

Die vorstehende, vor mir geleistete Unterschrift beglaubige ich hiermit als die eigenhändige von

I hereby certify that the signature signed before me on the previous page is the true personal signature of

Ms. Julia **Vieth**, geboren am 1. Oktober 1969 / born on 1 October 1969,

ausgewiesen durch gültigen Personalausweis und geschäftsansässig in

who for my certainty identified herself by her valid identity card and with business address at

Friedrichstraße 133, 10117 Berlin.

Ich habe das Mitwirkungsverbot nach § 3 Abs. 1 Nr. 7 BeurkG erläutert. Meine Frage, ob eine Vorbefassung im Sinne dieser Vorschrift vorliege, wurde verneint.

I have explained the prohibition of involvement pursuant to Sec. 3 para. 1 no. 7 Notarisation Act (Beurkundungsgesetz). My question pertaining to prior involvement within the meaning of this provision was answered in the negative.

Berlin, den 12. Dezember 2012

Berlin, 12 December 2012



(Rösch)
Notar/Notary

KOSTENRECHNUNG GEMÄß §§ 141, 154 KostO
Geschäftswert gem. § 41 (4) KostO: über 310.000,00 EUR

| | |
|---|---:|
| Beglaubigungsgebühr §§ 32, 45 (1) KostO | 130,00 EUR |
| Dokumentenpauschale §§ 136, 152 KostO | 2,50 EUR |
| Entgelte für Postdienstleistungen §§ 152 II Nrn. 1 a und b KostO | 1,00 EUR |
| | 133,50 EUR |
| 19 % Mehrwertsteuer | 25,37 EUR |
| | 158,87 EUR |

Notar

1796653801

Die Übereinstimmung dieser Fotokopie mit der
Urschrift wird beglaubigt.
I hereby certify that the above copy is a true
copy of the original.

Dresden, 22. July 2013
Dresden, 22nd July 2013

Notarassessorin Annika Schwenk,
amtlich bestellte Vertreterin des
Notars Dr. Joachim Püls
Junior Notary Annika Schwenk,
deputy Notary of Notary Dr.
Joachim Püls

APP000043

**Notarielle Vertretungsbescheinigungen nach § 21 Abs. 1 Nr. 1 BNotO**

1. Aufgrund Einsicht in das jeweilige elektronische Handelsregister am 22. Juli 2013 bescheinige ich, dass die CENTURION Aircraft Engines AG & Co. KG im Handelsregister des Amtsgerichts Chemnitz – Registergericht – unter HRA 6542 eingetragen ist und Frau Luca Botica zur alleinigen Vertretung der CENTURION Aircraft Engines AG (Handelsregister des Amtsgerichts Dresden – Registergericht, HRB 27506) berechtigt ist und dass diese weiter zur alleinigen Vertretung der CENTURION Aircraft Engines AG & Co. KG berechtigt ist.

2. Aufgrund Einsicht in das elektronische Handelsregister am 22. Juli 2013 bescheinige ich, dass die Technify Motors GmbH im Handelsregister des Amtsgerichts Berlin (Charlottenburg) – Registergericht – unter HRB 145698 B eingetragen ist und Herr Kenneth Robert Suda sowie Frau Shan Tian zur gemeinsamen Vertretung dieser Gesellschaft berechtigt sind.

   Weiterhin bescheinige ich, dass die Gesellschaft mit Beschluss der Gesellschafterversammlung vom 12.12.2012 von Brillant 1578. GmbH in Technify Motors GmbH umfirmiert ist. Am 12.12.2012 war eingetragene Geschäftsführerin Frau Julia Vieth.

**Notarial attestations of power of representation according to § 21 Abs. 1 Nr. 1 BNotO**

1. Upon inspection of the respective electronic Commercial Register on 22. July 2013 I certify that the CENTURION Aircraft Engines AG & Co. KG is registered with the Local Court of Chemnitz – Commercial Register – under HRA 6542 and that Mrs. Luca Botica is entitled to act alone as a legal representative of CENTURION Aircraft Engines AG (Local Court of Dresden – Commercial Register – under HRB 27506). The latter is entitled to act alone as a legal representative of CENTURION Aircraft Engines AG & Co. KG.

2. Upon inspection of the electronic Commercial Register on 22 July 2013 I certify that the Technify Motors GmbH is registered with the Local Court of Berlin (Charlottenburg) – Commercial Register – under HRB 145698 B and that Mr. Kenneth Robert Suda and Mrs. Shan Tian are entitled to act together as this company's legal representative.

   Further I certiy that the shareholders' meeting on 12.12.2012 decided the change of name from Brillant 1578. GmbH to Technify Motors GmbH. On the 12. Dezember 2012 was Managing Director Frau Julia Vieth.

Dresden, 22. Juli 2013                   Dresden, 22nd July 2013



Notarassessorin Annika Schwenk,
amtlich bestellte Vertreterin des No-
tars Dr. Joachim Püls/ Junior Notary
Annika Schwenk, deputy Notary of
Notary Dr. Joachim Püls

C:\Users\ahoehnisch\AppData\Local\Microsoft\Windows\Temporary          Internet
Files\Content.Outlook\QGPE5XOV\Vertretungsbescheinigungen_130722.doc

# Exhibit "B"

APP000046



August 29, 2014

Rhett Ross
CONTINENTAL MOTORS
PO Box 90
Mobile, AL 36601-0090

Re:   *Superior Air Parts, Inc., Weifang Freesky Aviation, Technology Co., Ltd and Superior Aviation Beijing Co., Ltd. vs. Bruno Kübler, In His Capacity as Insolvency Administrator of Thielert Aircraft Engines GmbH, and Thielert Aircraft Engines GmbH*, In the 191st District Court of Dallas County, Texas

Dear Mr. Ross:

As you are well aware, Dr. Bruno Kübler as the Insolvency Administrator for Thielert Aircraft Engines GmbH is in the possession of Superior proprietary information. Certain things have come to light in the recent legal proceedings regarding the return of that information that impact Continental Motors.

First, Continental Motors is on notice that Superior rightfully claims all such information in the possession of Dr. Kübler as proprietary information. I am told this prevents Continental Motors from claiming some sort of good faith reason for owning or possessing any of this information, and certainly from acquiring now or at any time it from Dr. Kübler.

Attached is a lawsuit that Superior filed August 21, 2014 suing Dr. Kübler for the return of Superior's proprietary information in all forms and for money damages. While Continental Motors was mentioned in the lawsuit, it was not sued as a Defendant, based upon the representations that Dr. Kübler would not attempt to sell the information to Continental Motors and Continental Motors would not attempt to purchase it without a determination by a court of competent jurisdiction regarding Superior's rights with respect to this information and data.

This letter is formal notice to you that if Continental Motors purchases or in any way receives or uses any of Superior's drawings, data or information that was entrusted to TAE and has been in the possession of Dr. Kübler, Continental Motors will be added to the litigation as a Defendant.

Please let me know if that will be necessary.

Secondly, it was disclosed in connection with the proceedings that Continental Motors has come into the possession in connection with another purchase from Dr. Kübler of actual Superior parts and sub-assemblies which had been made for Superior Air Parts pursuant to its drawings and specifications. We understand these parts to include (but are not limited to)

APP000047



cylinder assemblies, machined cylinder barrels, cylinder barrel forgings, machined cylinder heads, cylinder head castings, and other castings, forgings, and machined components. Please arrange for the shipment of these parts to Superior. Superior will reimburse Continental Motors for the shipping costs involved.

      Thank you for your attention to these matters.

               Sincerely,

               Kent Abercrombie
               Chief Financial Officer

APP000048