IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC., WEIFANG FREESKY AVIATION, TECHNOLOGY CO., LTD AND SUPERIOR AVIATION BEIJING CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, AND THIELERT AIRCRAFT ENGINES GMBH, <br><br> Defendants, <br><br> VS. <br><br> TECHNIFY MOTORS GMBH, <br><br> Intervenor. | CIVIL ACTION NO. 3:14-CV-3492-D |

**AGREED ORDER EXTENDING TIME**

The Court has been advised that Defendants and the Intervenor have agreed to a one-week extension of Defendants' deadline to file their Reply Brief in Support of their Motion to Dismiss and Objection to Intervenor's Claims ("Motion to Dismiss") from Friday, November 14, 2014 to Friday, November 21, 2014.

It is therefore ORDERED that the deadline for Defendants to file a reply brief in support of their Motion to Dismiss is extended through and until November 21, 2014.

SO ORDERED.

Dated this 12th day of November, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE


AGREED:


 /s/ Craig F. Simon                        /s/ Alex Whitman
Craig F. Simon, Esq.                    Ross Cunningham
State Bar No. 00784968                  Texas State Bar No. 24007062
Daniel P. Winikka, Esq.                 Alex Whitman
State Bar No. 00794873                  Texas State Bar No. 24081210
Matt W. Ray                             ROSE WALKER LLP
State Bar No. 00788248                  3500 Maple Ave., Ste. 900
SIMON, RAY & WINIKKA LLP                Dallas, TX 75219 214-752-8600
2525 McKinnon Street, Suite 540         rcunningham@rosewalker.com
Dallas, TX  75201                       awhitman@rosewalker.com
Telephone:  (214) 871-2292
Facsimile:   (469) 759-1699             - and -

***COUNSEL FOR DEFENDANTS BRUNO***       Will Skinner
***KÜBLER, IN HIS CAPACITY AS***         Pro Hac Vice (pending)
***INSOLVENCY ADMINISTRATOR OF***        SKINNER LAW GROUP
***THIELERT AIRCRAFT ENGINES***          21600 Oxnard Street, Suite 1760
***GMBH, AND THIELERT AIRCRAFT***        Woodland Hills, CA 91367
***ENGINES GMBH***                       818.710.7708 direct
                                         818.710.7701 fax
                                         skinner@skinnerlawgroup.com

                                         ***COUNSEL FOR INTERVENOR***
                                         ***TECHNIFY MOTORS GMBH***

2