IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUPERIOR AIR PARTS, INC., et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:14-CV-3492-D |
| **BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, et al.,** | § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| **TECHNIFY MOTORS GMBH,** | § § | |
| Intervenor. | § | |

## AGREED ORDER EXTENDING TIME

The Court has been advised that Plaintiffs and Intervenor have agreed to a one-week extension of Plaintiffs' deadline to file a reply brief in support of their "Plaintiffs' Motion to Dismiss, or Alternative Response to, Technify Motors GMBH's Petition in Intervention" [Dist. Doc., #8] ("*Plaintiffs' Motion to Dismiss*") from Friday, November 14, 2014 to Friday, November 21, 2014.

It is therefore ORDERED that the deadline for Plaintiffs to file a reply brief in support of the Plaintiffs' Motion to Dismiss is extended through and until November 21, 2014.

Dated this 14th day of November, 2014.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| */s/ James F. Adams* | */s/ Alex Whitman* |
| Jerry C. Alexander | Ross Cunningham |
| State Bar No. 00993500 | Texas Bar No. 24007062 |
| James F. Adams | Alex Whitman |
| Texas Bar No. 00863450 | Texas Bar No. 24081210 |
| Christopher A. Robison | ROSE WALKER LLP |
| State Bar No. 24035720 | 3500 Maple Avenue, Suite 900 |
| Passman & Jones | Dallas, Texas 75219 |
| 1201 Elm Street, Suite 2500 | Phone: (214) 752-8600 |
| Dallas, TX 75270-2500 | Fax: (214) 752-8700 |
| (214) 742-2121 | rcunningham@rosewalker.com |
| (214) 748-7949 (Fax) | awhitman@rosewalker.com |
| alexanderj@passmanjones.com | |
| jimadams@passmanjones.com | - and - |
| robisonc@passmanjones.com | |
| | Will Skinner |
| **ATTORNEYS FOR PLAINTIFFS** | Pro Hac Vice (pending) |
| | SKINNER LAW GROUP |
| | 21600 Oxnard Street, Suite 1760 |
| | Woodland Hills, CA 91367 |
| | Phone: 818.710.7708 direct |
| | Fax: 818.710.7701 |
| | skinner@skinnerlawgroup.com |
| | |
| | **COUNSEL FOR INTERVENOR TECHNIFY MOTORS GMBH** |