IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUPERIOR AIR PARTS, INC., WEIFANG FREESKY AVIATION, TECHNOLOGY CO., LTD AND SUPERIOR AVIATION BEIJING CO., LTD.** | § § § § § § | |
| Plaintiffs, | § § | **CIVIL ACTION NO. 3:14-cv-03492** |
| v. | § § | |
| **BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, AND THIELERT AIRCRAFT ENGINES GMBH,** | § § § § § § | |
| Defendants, | § § | |
| VS. | § § | |
| **TECHNIFY MOTORS GMBH,** | § § | |
| Intervenor. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSES
TO PLAINTIFF'S MOTION TO REMAND AND INTERVENOR'S
MOTION TO REMAND**

1

Dated:  November 14, 2014

                Respectfully submitted,

                 /s/ *Craig F. Simon*
                Craig F. Simon, Esq.
                State Bar No. 00784968
                Daniel P. Winikka, Esq.
                State Bar No. 00794873
                Matthew W. Ray, Esq.
                State Bar No. 00788248
                SIMON, RAY & WINIKKA LLP
                2525 McKinnon Street, Suite 540
                Dallas, TX  75201
                Telephone:  (214) 871-2292
                Facsimile:   (469) 759-1699

                ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of November, 2014, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system, first class mail or other appropriate means.

Counsel for Plaintiffs:

Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270

Counsel for Intervenor:

Ross Cunningham
Rose Walker LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219

                /s/ *Craig F. Simon*
                Craig F. Simon

## TABLE OF CONTENTS

| DESCRIPTION | APPENDIX PAGE RANGE |
|---|---|
| Technify Closing Protocol – Certified English Translation | APPX_001-APPX_023 |
| April 24, 2013 Letter from Superior Air Parts | APPX_024-APPX_033 |