

April 24, 2013

Dr. Bruno Kuebler  
Ehrenhainstrasse 1  
42329 Wuppertal, Germany

Bruno.m.kuebler@kueblerlaw.com

Luca Botica  
President  
Centurion Aircraft Engines  
Platanenstr. 14  
09356 St. Egidien (Lichtenstein),  
Germany

luca.botica@kueblerlaw.com

Dear Dr. Kuebler and Ms. Botica:

As you are aware, on December 31, 2008, Superior Air Parts, Inc. ("*Superior*") filed for bankruptcy protection pursuant to Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §101, et seq.) in a bankruptcy case styled In re Superior Air Parts, Inc., Debtor, Bankruptcy Case No. 08-36705-bjh-11 ("*Superior's Bankruptcy Case*"), in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division ("*Bankruptcy Court*"). Thielert AG ("*TAG*"), Thielert Aircraft Engines GmbH ("*TAE*"), and related entities including, but not limited to, Centurion Aircraft Engines) ("*Centurion*"), as well as their insolvency administrator Dr. Bruno Kuebler ("*Kuebler*") and Ms. Luca Botica ("*Botica*"), appeared and participated in Superior's Bankruptcy Case, thereby subjecting TAG, TAE and Centurion to the jurisdiction of the Bankruptcy Court.

On July 23, 2009, Superior filed a proposed plan of reorganization [Bankr. Doc. #322] ("*Superior's Plan of Reorganization*") in Superior's Bankruptcy Case. Attached is a copy of Superior's Plan of Reorganization for your convenience.

Superior's Plan of Reorganization provided that Superior would continue its corporate existence (page 17, § 6.2(b)) as a reorganized corporation ("*Reorganized Debtor*"), but that TAG's ownership interest in Superior would be cancelled (page 17, § 6.2(a)) and all ownership of Superior would be issued to a new owner (page 17, § 6.2(c)). Superior's Plan of Reorganization also provided that all claims against and interests in Superior held by TAG and TAE would be "completely satisfied, discharged and released" upon confirmation of Superior's Plan of Reorganization by the Bankruptcy Court. See pages 3, 15-16 and 25 of Superior's Plan of Reorganization.

Superior's Plan of Reorganization provided for "the resumption and continuation of [Superior's] business, including the assembly and sale of piece parts, cylinder assemblies, and Vantage engines." See pages 1 and 2 of Superior's Plan of Reorganization. Superior's "piece parts business" was defined on pages 8 and 9 of Superior's Plan of Reorganization as follows:

1. Inventory. All inventories of raw materials, work-in-process, finished goods, demonstration equipment, parts, shipping containers, packaging materials, and other accessories related thereto and other materials that are used or held for use in connection with the manufacture, sale and repair of aircraft engine parts as of the Effective Date of the Plan.

2. Manufacturing Equipment and Tooling. All machinery, equipment and tooling used or held for use in connection with or necessary for the manufacture and repair of aircraft engines and aircraft engine parts including all manufacturing, production, maintenance, packaging, gauges, testing and other machinery, tooling (including dies, jigs, patterns, molds, prototypes and the like) and equipment, spare or replacement parts, computer equipment incidental to the development, design, manufacture, testing and inspection of parts, engine test cell equipment, specialized inspection and quality control equipment, and plant equipment and the like.

3. Selected IP Assets. All IP Assets supporting and otherwise underlying all replacement parts for which Seller has obtained from the FAA Parts Manufacturer Approval ("PMA"), including replacement parts for Lycoming and TCM engines as listed on as well as engineering specimens and masters related to such parts; and all electronic as well as paper copies of documents related to the foregoing, including all documentation submitted to and correspondence with the FAA relating to such engines and replacement parts identified above, as well as engineering data, legacy data, inspection processes and the quality manual.

4. Trademarks, Trade Dress and Trade Names and Domains. All Trademarks and Domains, including the "Superior" trade names, trademarks, service names, service marks, logos, brand names, and corporate names, and all applications, registrations, and renewals in connection therewith but excluding trademarks, trade names and trade dress relating to the engines in the Engine Program.

5. Other Tangible Personal Property. All other tangible personal property of [Debtor] that is used or held for use in connection with the manufacture, repair and sale of aircraft engines and aircraft engine parts except Excluded Assets.

6. Accounts Receivable. Trade accounts receivable and all notes, bonds and other evidences of Indebtedness pursuant to which Seller shall have the right to receive payments (in each case, of any nature whatsoever, whether recorded or unrecorded) arising out of sales of products delivered by [Debtor] and any related security arrangements and collateral securing the repayment or other satisfaction

> thereof, including any rights with respect to any third party collection procedures or any other Claims that have been commenced in connection therewith.
>
> 7. <u>Experimental Engines</u>. Those experimental engines currently undergoing testing, as well as prototype, engineering specimens and masters related to such engines, including without limitation, the Model 400 Engine and related prototype(s). All Intellectual Property, know-how, designs, drawings, specifications, data and documentation supporting and otherwise underlying all of [Debtor's] XP-Series Engines.

Superior's "Vantage Engine Program" is defined on pages 10 and 11 of Superior's Plan of Reorganization as follows:

> [A]ll documentation from Vantage Engines already shipped or sold to any customer for the purpose of use, test or evaluation, and **all intellectual property, components and parts related to the design, development, testing, and FAA approval of the Vantage Engines**, FAA Type Certificate No. E00001SC, (and related approvals Transport Canada Type Certificate IE-58, European Aviation Safety Agency Type Certificate EASA.(IM).E.024, and any other certifications) **including but not limited to, drawings, research, all test reports and data, engineering change requests, engineering change notices, build sheets, bill of materials, (including current and historical bill of materials, all assembly and test instructions and all continued airworthiness documentation), parts catalog and supporting data, overhaul manual and supporting data, operator and maintenance manual and supporting data, installation manual and supporting data, service letters and service bulletins (including all quality documentation), all product integrity team meeting minutes and documentation, all warranty claims and/or customer feedback, trademarks and logos, and all marketing material, including market studies, photographs, artwork, brochures, models and fliers, all sales information, customer inquiries and anything else related to the Vantage Engines.**

Superior's "Vantage Engines" are defined on page 10 of Superior's Plan of Reorganization as including all "SV" **parts** for the Vantage O-360 and IO-360" engines.

Superior's Plan of Reorganization also provides that "the property of the Debtor ... shall vest in the Reorganized Debtor on the Effective Date free and clear of all claims, liens, charges or other encumbrances and interests." See page 17, § 6.13 of Superior's Plan of Reorganization. Section 6.12 of Superior's Plan of Reorganization further provides that:

> **all persons, including but not limited to** Corporate Finance Partners, **TAG, TAE,** Engine Components, Inc., Avco Corporation and Teledyne Technologies Incorporated, and their respective parents, sister and subsidiary companies, and all other companies or persons in their control, and each of them, shall be directed to **return to the Reorganized Debtor all documents and other information owned by the Debtor related to the Debtor's business and operations (the**

"**Proprietary Information**"). For the avoidance of doubt, the Reorganized Debtor retains all of the Debtor's rights pursuant to any confidentiality agreement executed in connection with the exchange of such information.

Neither TAG, TAE nor Centurion timely objected to Superior's Plan of Reorganization and thus waived all objections thereto. TAG, TAE and Centurion are also bound by the terms of the Plan of Reorganization.

On August 27, 2009, the Bankruptcy Court entered an order [Bankr. Doc. #404] ("*Confirmation Order*") in the Superior Bankruptcy Case confirming Superior's Plan of Reorganization. Attached is a copy of the Confirmation Order for your convenience.

Paragraph 36 of the Confirmation Order provides, in relevant part, that "all property of the Estate shall vest in the Reorganized Debtor as of the Effective Date, and the Reorganized Debtor shall take and hold all such assets free and clear of all Claims, Liens, encumbrances and other interests of holder of Claims and Interests."

Paragraph 37 of the Confirmation Order reiterates, in relevant part, that "[p]ursuant to §6.12 of the Plan, **all persons, including but not limited to** Corporate Finance Partners, **TAG, TAE,** Engine Components, Inc., Avco Corporation and Teledyne Technologies Incorporated, and their respective parents, sister and subsidiary companies, and all other companies or persons in their control, and each of them, **shall** be directed to **return to the Reorganized Debtor all documents and other information owned by the Debtor related to the Debtor's business and operations (the 'Proprietary Information')**."

The Confirmation Order also discharged any debts that Superior might have owed TAG or TAE (¶ 35), and enjoined everyone, including TAG and TAE, from asserting any claims against Superior or its property which arose prior to the Effective Date (¶ 32 - 35).

Neither TAG, TAE nor Centurion timely appealed the Confirmation Order which has become final and non-appealable. Accordingly, TAG, TAE and Centurion are bound by the Confirmation Order.

Superior's Plan of Reorganization became effective on September 28, 2009. See, Notice of Effective Date [Bankr. Doc. #432].

It is Superior's understanding that TAG, TAE, and Centurion have failed to comply with Section 6.12 of Superior's Plan of Reorganization and Paragraph 37 of the Confirmation Order by not returning Superior's property as described above. Superior feels confident that TAG, TAE and Centurion have kept Superior's property in confidence, have not misused it and desire to comply with Section 6.12 of Superior's Plan of Reorganization and Paragraph 37 of the Confirmation Order. They should so comply by returning Superior's above-described property. Accordingly, TAG, TAE, Centurion and anyone working on their behalf or otherwise in possession or control of such property should immediately return such property to Superior at the following address:

Superior Air Parts, Inc.
Attention: Kent Abercrombie, CFO
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

The property to be returned includes, but is not limited to, the items listed in Attachment 1.

Please notify me in writing immediately if you dispute Superior's ownership of such property or such property has been already transferred to another person or entity.

Superior Air Parts, Inc.

Kent Abercrombie, CFO

Attachment 1

| Part Number | Part Description |
|---|---|
| SA10200-A1 | ASSEMBLY, STUD |
| SA10200-A20P | CYL ASSY. WITH VALVES & PISTON |
| SA10200-A21P | POWER ASSY NEW C75/85 |
| SA10200-A22P | POWER ASSY NEW C90 |
| SA10203 | HEAD MACHINING |
| SA47000L-A1 | CYLINDER ASSEMBLY LONG REACH |
| SA47000L-A20P | POWER ASSY NEW 470L |
| SA47000S-A1 | CYLINDER ASSEMBLY SHORT REACH |
| SA47000S-A20P | POWER ASSY NEW 470S |
| SA47000S-A21P | POWER ASSY NEW 470S |
| SA47001L | HEAD MACHINING |
| SA47001S | HEAD MACHINING |
| SA47005 | HEAD MACHINING |
| SA47006L-A1 | CYLINDER STUD ASSEMBLY, LONG R |
| SA47006L-A20P | CYLINDER POWER ASSY LONG REACH |
| SA47006S-A1 | CYLINDER STUD ASSEMBLY, SHORT |
| SA47006S-A20P | CYLINDER PWR ASSY, SHORT REACH |
| SA47006S-A21P | CYLINDER PWR ASSY, SHORT REACH |
| SA47030 | BARREL MACHINED 470 |
| SA52000-A1 | CYLINDER ASSEMBLY |
| SA52001 | 520 HEAD MACHINING |
| SA52005 | 520 HEAD MACHINING |
| SA52006-A1 | CYLINDER STUD ASSEMBLY |
| SA52006-A20P | CYLINDER ASSEMBLY |
| SA52006-A21P | CYLINDER ASSEMBLY |
| SA52006-A22P | CYLINDER ASSEMBLY |
| SA52006-A23P | CYLINDER POWER ASSEMBLY |
| SA52030 | BARREL MACHINED 520 |
| SA530851 | BODY, HYD. LIFTER |
| SA535661 | CAMSHAFT |
| SA55006-A1 | CYLINDER STUD ASSEMBLY |
| SA55006-A20P | CYLINDER POWER ASSEMBLY |
| SA628488 | LIFTER, HYD. |
| SA633106 | HYDRAULIC LIFTER ASSEMBLY |
| SA646277 | HYD. LIFTER |
| SA646846 | PLUNGER UNIT |
| SA649520 | CAMSHAFT |
| SA649520-A3 | ASSEMBLY CAMSHAFT |
| SA65000-A1 | STUD ASSY A65 |
| SA65000-A20P | POWER ASSY NEW A65 |
| SAC10203 | CASTING HEAD O-200 |
| SAC52001 | CASTING HEAD 520 STANDARD |
| SL10302-A1 | STUD ASSY 235 L2C |
| SL10302-A20P | CYLINDER ASSEMBLY |
| SL10302-A21P | CYLINDER ASSY. W/ VALVES & PIS |
| SL10303-A1 | STUD ASSY 235 C |

Attachment 1

| Part Number | Part Description |
|---|---|
| SL10303-A20P | POWER ASSY NEW 235 C |
| SL10311 | HEAD MACHINING |
| SL11750 | CONNECTING ROD ASSEMBLY |
| SL11750-1 | CONNECTING ROD SUB-ASSEMBLY |
| SL12186 | NUT-HEX |
| SL12596 | BOLT, CONNECTING ROD |
| SL13923A | BUSHING, CONNECTING ROD |
| SL15B21318 | BODY HYDRAULIC TAPPET |
| SL16511 | CAMSHAFT |
| SL16511-1 | CAMSHAFT PROFILE |
| SL18840 | CAMSHAFT |
| SL18840 OH | CAMSHAFT REGROUND |
| SL18840-1 | CAMSHAFT PROFILE |
| SL18840-2 | CAMSHAFT |
| SL18840-3 | CAMSHAFT PROFILE |
| SL18843-2 | CAMSHAFT FRONT MNT PROP GOV |
| SL19227 | COUNTERWEIGHT ASSY |
| SL19227-1 | COUNTERWEIGHT FOR SL36650-A1 |
| SL19332-1 | CONNECTING ROD SUB-ASSY |
| SL19340 | CAMSHAFT |
| SL19340-1 | CAMSHAFT PROFILE |
| SL19340-2 | CAMSHAFT |
| SL19340-3 | CAMSHAFT PROFILE |
| SL31C-12 | STUD, 5/16 IN DIA, COARSE THRD |
| SL32000N-A1 | STUD ASSY 320 |
| SL32000N-A20P | POWER ASSY NEW 320N |
| SL32000N-A21P | POWER ASSY NEW |
| SL32000NA-A1 | STUD ASSY 320N ND SPOT FACED |
| SL32000NA-A21P | POWER ASSY NEW 320 SPOT FACED |
| SL32000W-A1 | STUD ASSY 320 |
| SL32000W-A2 | VALVE ASSY 320W |
| SL32000W-A20P | POWER ASSY NEW |
| SL32000W-A21P | POWER ASSY NEW |
| SL32000WH-A1 | STUD ASSY 320 76 SERIES |
| SL32000WH-A20P | POWER ASSY 320 76 SERIES |
| SL32000WL-A1 | STUD ASSY 320 WIDE LONG |
| SL32000WL-A20P | POWER ASSY NEW WIDE/LONG |
| SL32006N-A1 | CYLINDER STUD ASSY |
| SL32006N-A20P | CYLINDER COMPLETE ASSY |
| SL32006N-A21P | CYLINDER COMPLETE ASSY |
| SL32006NA-A1 | CYLINDER STUD ASSY |
| SL32006NA-A21P | CYLINDER COMPLETE ASSY |
| SL32006W-A1 | CYLINDER STUD ASSY |
| SL32006W-A2 | CYLINDER STUD ASSY&VALVE ASSY |
| SL32006W-A20P | CYLINDER COMPLETE ASSY |
| SL32006W-A21P | CYLINDER COMLETE ASSY |

Attachment 1

| Part Number | Part Description |
|---|---|
| SL32500 | CRANKSHAFT MACHINING |
| SL32500-A1 | CRANKSHAFT ASSEMBLY 320 |
| SL32500-A30 | CRANKSHAFT ASSEMBLY |
| SL36000N-A1 | STUD ASSY 360 |
| SL36000N-A20P | POWER ASSY NEW |
| SL36000N-A21P | POWER ASSY NEW |
| SL36000NL-A1 | STUD ASSY 360 NARROW LONG |
| SL36000NL-A20P | POWER ASSY NARROW/LONG REACH |
| SL36000NL-A21P | POWER ASSY NARROW/LONG REACH |
| SL36000TW-A1 | STUD ASSY 360 THIN WIDE |
| SL36000TW-A20P | POWER ASSY NEW |
| SL36000TW-A21P | POWER ASSY NEW |
| SL36000TWL-A1 | STUD ASSY 360 THIN WIDE LONG |
| SL36000TWL-A20P | POWER ASSY THIN/WIDE/LONG REAC |
| SL36000W-A1 | STUD ASSY 360 |
| SL36000W-A2 | VALVE ASSY 360W |
| SL36000W-A20P | POWER ASSY NEW |
| SL36000W-A21P | POWER ASSY NEW |
| SL36000WH-A1 | STUD ASSY 360 76 SERIES |
| SL36000WH-A20P | POWER ASSY 360 76 SERIES |
| SL36000WL-A1 | STUD ASSY 360 |
| SL36000WL-A20P | POWER ASSY WIDE/LONG REACH |
| SL36000WL-A21P | POWER ASSY. WIDE/LONG REACH |
| SL36001 | HEAD MACHINING |
| SL36005 | HEAD MACHINING |
| SL36006N-A1 | CYLINDER STUD ASSY |
| SL36006N-A20P | CYLINDER COMPLETE ASSY |
| SL36006N-A21P | CYLINDER COMPLETE ASSY |
| SL36006W-A1 | CYLINDER STUD ASSY |
| SL36006W-A2 | CYLINDER STUD AND VALVE ASSY. |
| SL36006W-A20P | CYLINDER COMPLETE ASSY. |
| SL36006W-A21P | CYLINDER COMPLETE ASSY |
| SL3601-SC | RING SET SINGLE CYLINDER |
| SL36033 | BARREL MACHINED 360W NAT CHOKE |
| SL36100WLC-A1 | STUD ASSY ANGLE VALVE 361 |
| SL36100WSC-A1 | STUD ASSY ANGLE VALVE 361 |
| SL36100WSC-A2 | VALVE ASSY ANGLE VALVE 361 |
| SL36100WSC-A20P | POWER ASSY ANGLE VALVE 361 |
| SL36400 | CRANKSHAFT MACHINING SOLID |
| SL36400-A1 | CRANKSHAFT ASSY SOLID CRNKSHFT |
| SL36400-A20 | CRANKSHAFT ASSEMBLY |
| SL36400-A21 | CRANKSHAFT ASSEMBLY |
| SL36500 | CRANKSHAFT MACHINING |
| SL36500-A1 | CRANKSHAFT SUB-ASSY CONST SPD |
| SL36500-A2 | CRANKSHAFT,SUB-ASSY. FIX PITCH |
| SL36500-A20 | CRANKSHAFT ASSEMBLY |

Attachment 1

| Part Number | Part Description |
|---|---|
| SL36500-A31 | CRANKSHAFT ASSEMBLY |
| SL36550 | CRANKSHAFT MACHINING |
| SL36550-A1 | CRANKSHAFT ASSY THIN WALL CNTR |
| SL36600 | CRANKSHAFT MACHINING |
| SL36600-A1 | CRANKSHAFT ASSY HEAVY WALL |
| SL36600-A20 | CRANKSHAFT ASSEMBLY |
| SL36600-A30 | CRANKSHAFT ASSEMBLY |
| SL36650 | CRANKSHAFT MACHINING |
| SL36650-A1 | CRANKSHAFT SUB-ASSY CNTR WTD |
| SL36650-A50 | CRANKSHAFT ASSY W/CNTR WT |
| SL36800 | CRANKCASE MACHINING |
| SL36800-R1 | CRNKCSE ASSY WD/#1 MNT, ROLLER |
| SL36800-R11 | CKCASE ASSY WD/#1 MNT ROLLER |
| SL36800-R21 | CRANKCASE ASSY WD#2 DYN ROLLER |
| SL36800-W1 | CRANKCASE ASSY,WD /W #1 MOUNT |
| SL36800-W11 | CRANKCASE ASSEMBLY |
| SL36800-W13 | CRANKCASE ASSEMBLY |
| SL36800-W31 | CRANKCASE ASSEMBLY |
| SL36850-R1 | CRNKCSE ASSY WD/#1 MNT, ROLLER |
| SL36850-R11 | CKCASE ASSY WD/#1 MNT ROLLER |
| SL36850-R21 | CRANKCASE ASSY WD#2 DYN ROLLER |
| SL36850-W1 | CRANKCASE ASSY,WD /W #1 MOUNT |
| SL36850-W11 | CRANKCASE ASSEMBLY |
| SL36850-W13 | CRANKCASE ASSEMBLY |
| SL36850-W31 | CRANKCASE ASSEMBLY |
| SL54002-A1 | CYLINDER ASSEMBLY |
| SL54002NLC-A1 | CYLINDER ASSEMBLY |
| SL61510 | PLUG |
| SL68484 | TUBE, PROPELLER OIL |
| SL71105 | TAPPET BODY |
| SL72877 | BODY, HYD. |
| SL74637 | BUSHING, VALVE ROCKER |
| SL74710 | TUBE, OIL |
| SL75060 | BOLT, ROD |
| SL75061 | BOLT, ROD |
| SL75439-1P | GASKET SET PRODUCTION ENGINE |
| SL75706 | CAMSHAFT |
| SL75706-1 | LOBE PROFILE |
| SL76118 | SPACER |
| SL77450 | CONNECTING ROD ASSEMBLY |
| SL77450-1 | CONNECTING ROD SMALL/NARROW |
| SL78027 | BOLT, CONNECTING ROD |
| SL78030 | CONNECTING ROD ASSEMBLY |
| SL78030-1 | CONNECTING ROD SUB-ASSEMBLY |
| SL78290 | PLUNGER ASS'Y |
| SLC20051 | CASTING, CRANKCASE (L),F.M.P.G |

Attachment 1

| Part Number | Part Description |
|---|---|
| SLC20052 | CASTING, CRANKCASE,(R) F.M.P.G |
| SLC36005 | CASTING HEAD 360 STANDARD |
| SLC36101 | CASTING HEAD 360 ANGLE HEAD |
| SLF10207 | FORGING |
| SLF36030 | SLF36030 FORGING |
| SLF36500 | CRANKSHAFT FORGING (360) |
| SLF36550 | CRANKSHAFT FORGING (360 C/W) |
| SLF36700 | CONNECTING ROD FORGING |
| SL-STD-1065 | DOWEL, STEPPED |
| SL-STD-1066 | DOWEL |
| SL-STD-1211 | EXPANSION PLUG |
| STD-1066 | DOWEL |
| SV18800 | CAMSHAFT |
| SV18800-2 | CAMSHAFT SUB ASSEMBLY |
| SV18803 | CAMSHAFT ASSEMBLY-400/10:1 CR |
| SV18803-2 | CAMSHAFT, ROLLER LIFTER,FPG |
| SV18805 | CAMSHAFT ASSEMBLY-361&400/8.5 |
| SV18805-2 | CAMSHAFT, ROLLER LIFTER,FPG |
| SV40001 | STUD ASSY, CYLINDER, 400 |
| SV40006 | VALVE ASSY ANGLE VALVE 400 |
| SV40006-A1 | STUD ASSY, CYLINDER, 400 |
| SV40006-A2 | VALVE ASSY ANGLE VALVE 400 |
| SV40033 | BARREL MACHINING |
| SV40450 | CONNECTING ROD ANGLED |
| SV40450-1 | CONNECTING ROD, SUB ASSEMBLY |
| SV40650 | CRANKSHAFT ASSY CNTR WT,400 |
| SV40650-A1 | CRANKSHAFT ASSY CNTR WT,400 |
| SV40650-A30 | CRANKSHAFT ASSY CNTR WT |
| SV40650-A50 | CRANKSHAFT ASSY W/CNTR WT |
| SV40851 | BUSHING |
| SV72800 | ROLLER LIFTER |
| SV72800-1 | ROLLER LIFTER BODY |
| SV72800-10 | NEEDLE BEARING |
| SV72800-11 | PIN |
| SV72800-2 | SHIM |
| SV72805-2 | ROLLER LIFTER ASSY |
| SV90842-1 | ROD BOLT 400 SERIES |
| SV911 | SET SCREW (LONG) |
| SV912 | SCREW SHORT FINE ROLLER LIFTER |
| SV913 | SCREW SHORT COARSE ROLLER LIFT |
| SVF40033 | BARREL FORGING |
| SX36800-R1 | CRNKCSE ASSY WD/#1 MNT, ROLLER |
| SX36800-R2 | CRNKCSE ASSY WD/#2 MNT, ROLLER |
| SX36800-R3 | CRNKCSE ASSY WD/#3 MNT, ROLLER |
| SX36850 | CRANKCASE ASSY FRONT MOUNT |
| SX40850 | CRANKCASE ASSY |

APPX_033