# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SUPERIOR AIR PARTS, INC.,** **ET AL.,** | § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **CIV. ACTION NO. 3:14-CV-3492-D** |
| **BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH, ET AL.,** | § § § § § | |
| **Defendants,** | § § | |
| **VS.** | § § | |
| **TECHNIFY MOTORS GMBH,** | § § | |
| **Intervenor.** | § | |

## AGREED ORDER EXTENDING TIME

The Court has been advised that Defendants and the Intervenor have agreed to a one-week extension of Intervenor's deadline to file its Reply Brief in Support of its Motion to Remand from Friday, November 28, 2014 to Friday, December 5, 2014.

It is therefore ORDERED that the deadline for Intervenor to file a reply brief in support of their Motion to Dismiss is extended through and until December 5, 2014.

SO ORDERED.

Dated this 18th day of November, 2014.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

1

AGREED:


 /s/ *Craig F. Simon*                      
Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
Matt W. Ray
State Bar No. 00788248
SIMON, RAY & WINIKKA LLP
2525 McKinnon Street, Suite 540
Dallas, TX  75201
Telephone:  (214) 871-2292
Facsimile:  (469) 759-1699


**COUNSEL FOR DEFENDANTS BRUNO
KÜBLER, IN HIS CAPACITY AS
INSOLVENCY ADMINISTRATOR OF
THIELERT AIRCRAFT ENGINES
GMBH, AND THIELERT AIRCRAFT
ENGINES GMBH**

 /s/ *Alex Whitman*                      
Ross Cunningham
Texas State Bar No. 24007062
Alex Whitman
Texas State Bar No. 24081210
ROSE WALKER LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219 214-752-8600
rcunningham@rosewalker.com

- and -

Will Skinner
Pro Hac Vice (pending)
SKINNER LAW GROUP
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
818.710.7708 direct
818.710.7701 fax
skinner@skinnerlawgroup.com

**COUNSEL FOR INTERVENOR
TECHNIFY MOTORS GMBH**

2