IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SUPERIOR AIR PARTS, INC., et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 3:14-CV-3492-D |
| § | |
| **BRUNO KÜBLER, IN HIS CAPACITY** § | |
| **AS INSOLVENCY ADMINISTRATOR** § | |
| **OF THIELERT AIRCRAFT ENGINES** § | |
| **GMBH, et al.,** § | |
| § | |
| Defendants, § | |
| v. § | |
| § | |
| **TECHNIFY MOTORS GMBH,** § | |
| § | |
| Intervenor. § | |

## AGREED ORDER EXTENDING TIME

The Court has been advised that Plaintiffs and Defendants have agreed to a one-week extension of Plaintiffs' deadline to file a reply brief in support of their "Motion to Remand, and Alternative Motion to Abstain" [Dist. Doc., #13] ("***Plaintiffs' Motion to Remand***") from Friday, November 28, 2014 to Friday, December 5, 2014.

It is therefore ORDERED that the deadline for Plaintiffs to file a reply brief in support of the Plaintiffs' Motion to Remand is extended through and until December 5, 2014.

Dated this 25th day of November, 2014.

_____
SIDNEY A. FITZWATER
UNITIED STATED DISTRICT JUDGE

**AGREED:**

**PASSMAN & JONES, P.C.**

*/s/ James F. Adams*
James F. Adams
State Bar No. 00863450
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone:  (214) 742-2121
Telecopier:  (214) 748-7949

**COUNSEL FOR PLAINTIFFS**


**SIMON, RAY & WINIKKA LLP**

*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone:  (214) 871-2292
Fax:  (469) 759-1699

**COUNSEL FOR DEFENDANTS**