IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPERIOR AIR PARTS, INC.,<br>WEIFANG FREESKY AVIATION,<br>TECHNOLOGY CO., LTD AND<br>SUPERIOR AVIATION BEIJING CO.,<br>LTD.<br>　　　　　**Plaintiffs,**<br><br>**VS.**<br><br>**BRUNO KÜBLER, IN HIS CAPACITY AS<br>INSOLVENCY ADMINISTRATOR OF<br>THIELERT AIRCRAFT ENGINES<br>GMBH, AND THIELERT AIRCRAFT<br>ENGINES GMBH,**<br><br>　　　　　**Defendants,**<br>**VS.**<br><br>**TECHNIFY MOTORS GMBH,**<br><br>　　　　　**Intervenor.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 3:14-cv-03492** |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Craig F. Simon, Matthew W. Ray, and Daniel P. Winikka of the law firm Simon, Ray & Winikka LLP, who are counsel of record for DEFENDANTS, DR. BRUNO KÜBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH and THIELERT AIRCRAFT ENGINES GMBH, have relocated their offices.  Effective immediately the new address is:

        Craig F. Simon
        Matthew W. Ray
        Daniel P. Winikka
        SIMON, RAY & WINIKKA LLP
        500 North Akard St., Suite 2860
        Dallas, TX 75201

The email addresses, telephone and facsimile numbers will remain the same.

The undersigned attorneys request that the Court and all attorneys of record in this cause make the appropriate changes in their records to reflect the new address and that all future correspondence, pleadings, motions, notices, and other instruments be sent to the new address effective immediately.


Dated:          January 13, 2015

Respectfully submitted,

 /s/ *Craig F. Simon*
Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
Matthew W. Ray, Esq.
State Bar No. 00788248
SIMON, RAY & WINIKKA LLP
500 North Akard St., Ste. 2860
Dallas, TX  75201
Telephone:  (214) 871-2292
Facsimile:  (469) 759-1699

***Counsel for Defendants***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of January 2015, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system, first class mail or other appropriate means.

Counsel for Plaintiffs:

Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270

Counsel for Defendants:

Ross Cunningham
Rose Walker LLP
3500 Maple Ave., Ste. 900
Dallas, TX 75219

*/s/ Craig F. Simon*
Craig F. Simon